# In the United States Court of Federal Claims

**06-86T**

**Filed: February 3, 2006**

**DESERET MANAGEMENT CORPORATION**

**v.**

**THE UNITED STATES**

**Exhibits A through G**
**filed with Complaint**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.