IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, Plaintiff | |
| v. | No. 06-86 T (Judge Hewitt) |
| THE UNITED STATES, Defendant | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: February 17, 2006

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Justice Department (Tax)
Court of Federal Claims Section
202-307-0840

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 17th day of February 2006,been made on opposing counsel by electronic filing and by mailing a copy thereof,in a postage prepaid envelope,to the following address:

Eric C. Olson, Esquire
KIRTON & McCONKIE
60 East South Temple Street
Suite 1800
Salt Lake City, Utah 84111

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
(202) 514-9440 (facsimile)