IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of forty-five days from April 4, 2006, to and including May 19, 2006, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

Plaintiff's counsel has authorized us to state that plaintiff will not object to this motion.

In support of this motion, defendant states that its trial attorney has not yet received from the Internal Revenue Service the complete administrative files and the defense recommendation which are necessary to prepare a meaningful response to the complaint.

Defendant's trial attorney expects to receive the full administrative file and the defense recommendation, and to respond to the complaint within the time requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

March 28, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement of Time has, this 28th day of March, 2006, been made on plaintiff's counsel by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Eric C. Olson
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

s/Jennifer Dover Spriggs
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440