IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty days from May 19, 2006, to and including June 18, 2006, within which to file its answer or other response in the above-captioned case. This is the second enlargement of time requested for this purpose, the first request having been granted for a total of forty-five days.

Plaintiff's counsel has authorized us to state that plaintiff will not object to this motion.

In support of this motion, defendant states that on May 8, 2006, its trial attorney received supplemental materials from the Internal Revenue Service, including supplemental defense recommendations which are relevant in preparing a response to the complaint in this action.

This enlargement would allow additional time for defendant's trial attorney to review the supplemental materials provided and to prepare defendant's response to the complaint. Defendant's trial attorney expects to complete review of the supplemental materials, and to respond to the complaint within the time requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

May 17, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement of Time has, this 17th day of May, 2006, been made on plaintiff's counsel by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Eric C. Olson
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

s/Jennifer Dover Spriggs
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440