# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: May 19, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Enlargement of Time (Def.'s Mot. or motion), requesting an extension of time of thirty days, up to and including June 18, 2006, within which to file defendant's answer. Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Because June 18, 2006 falls on a Sunday, however, the court GRANTS defendant's requested extension through June 19, 2006. Defendant shall file its answer on or before Monday, June 19, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge