IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of three days from June 19, 2006, to and including June 22, 2006, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose, the first two requests having been granted for a total of seventy-five days.

Plaintiff's counsel has authorized us to state that plaintiff will not object to this motion.

In support of this motion, defendant states that on May 8, 2006, its trial attorney received supplemental materials from the Internal Revenue Service, including supplemental defense recommendations which are relevant in preparing a response to the complaint in this action.

Defendant’s trial attorney has reviewed the supplemental materials provided and has prepared a draft response to the complaint. This enlargement is sought in order to allow additional time for defendant’s trial attorney to finalize her response to the complaint and to allow additional time for review by the supervising attorney. Defendant's trial attorney expects to respond to the complaint within the time requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O’CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

June 19, 2006