# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: June 21, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Enlargement of Time (Def.'s Mot. or motion), requesting an extension of time of three days, up to and including June 22, 2006, within which to file "its answer or other response." Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Defendant shall file its answer on or before June 22, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge