IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of eight days from June 22, 2006, to and including June 30, 2006, within which to file its answer or other response in the above-captioned case. This is the fourth enlargement of time requested for this purpose, the first three requests having been granted for a total of seventy-eight days.

In support of this motion, defendant states that this enlargement is sought in order to allow additional time for review by the supervising attorney. The supervising attorney assigned to review defendant's response to the complaint in this case has changed. As a result of the recent change in the review staff, defendant requests this enlargement in order to allow additional time to complete the review process. Defendant's trial attorney expects to respond to the complaint within the time requested.

Defendant's trial attorney contacted plaintiff's counsel about this enlargement of time, however, plaintiff has declined to consent to an eight day enlargement of time.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

June 21, 2006