**Plaintiff's Exhibit A**

U.S. Department of Justice

Tax Division

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Jennifer Dover Spriggs*
*Attorney's Direct Line: (202) 307-0840*

EJO'C:DG:SIF:JDSpriggs
154-2425
CMN 2006102128

JUN 21 2006

**VIA FACSIMILE AND MAIL**

Eric C. Olson
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

Re: Deseret Management Corporation v. United States
Fed. Cl. No. 06-86 T

Dear Mr. Olson:

This letter confirms our telephone conference on June 21, 2006, with respect to the Government's request for additional time to respond to plaintiff's complaint in this action. In the June 21 telephone conference, you indicated that plaintiff will not object to the requested enlargement of time if the following information is provided: 1) the identity of the supervising attorney who will review the Government's response to the complaint; 2) confirmation that the enlargement requested has been discussed with the reviewer; and 3) confirmation that the Government's response will be reviewed by the date requested.

Pursuant to your request, the supervising attorney who will review the Government's response is Mary M. Abate. This requested enlargement of time through June 30, 2006, has been discussed with the reviewer and the Government expects to file its response to the complaint in this action by June 30, 2006. If you have any questions or comments, I may be reached at Area Code 202, 307-0840.

emphasis added by Plaintiff

Sincerely yours,

Jennifer Dover Spriggs

Jennifer Dover Spriggs
Trial Attorney
Court of Federal Claims Section

cc: J. Michael Hines, Esquire
Dow, Lohnes & Albertson, PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036