# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: June 23, 2006)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Enlargement of Time (Def.'s Mot. or motion), requesting an extension of time of eight days, up to and including June 30, 2006, within which to file "its answer or other response." Def.'s Mot. at 1. Plaintiff opposes the motion. Plaintiff's Opposition to Defendant's Motion for Enlargement of Time (Pl.'s Resp.) at 3. Plaintiff states that it is concerned because defendant did not, as requested by plaintiff, represent to plaintiff that defendant would file its response to the complaint within the time provided by the proposed extension but rather that it "expect[ed]" to file its response within that time. Id. at 2 (quoting letter from defendant's counsel of record to plaintiff) (emphasis added by plaintiff). Based on the representations contained in the motion, it is GRANTED. Defendant shall file its answer on or before June 30, 2006. The court does not, however, expect further to extend this deadline.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge