# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: July 12, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Clerk's Office has notified chambers that plaintiff's Memorandum in Support of Plaintiff's Motion to Strike Answer (Pl.'s Mem. or Memorandum) does not comply with the Rules of the Court of Federal Claims (RCFC). Specifically, the Memorandum is not attached to Plaintiff's Motion to Strike Answer (Pl.'s Mot. or Motion), as required by RCFC 7(b) (requiring that all supporting memoranda be attached to a motion). Plaintiff's filing shall remain on the docket notwithstanding the deficiency.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge