IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of two days from August 21, 2006, to and including August 23, 2006, within which to file the Joint Preliminary Status Report in the above-captioned case. This is the first enlargement of time requested for this purpose.

Plaintiff's counsel has authorized us to state that plaintiff will not object to this motion.

In support of this motion, defendant states that the parties are in the process of making the final revisions to the Joint Preliminary Status Report which is to be filed in this action. The enlargement is requested in order to allow counsel for the parties additional time to finalize any revisions and to complete their review of the joint report. If this motion is granted, defendant anticipates that no further enlargements will be requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

August 21, 2006