# In the United States Court of Federal Claims

No. 06-86T

(E-Filed: October 24, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Preliminary Status Report (JPSR), which was filed on August 23, 2006. Further to the JPSR, to discussion at a status conference on the record held on October 24, 2006 and to United States Court of Federal Claims Rule (RCFC) 16(b), the court schedules the following:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Wednesday, January 31, 2007. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Wednesday, May 30, 2007. Plaintiff's and defendant's expert reports shall be submitted on or before Wednesday, February 28, 2007. Depositions of expert witnesses shall be completed on or before Wednesday, March 28, 2007. Plaintiff's and defendant's rebuttal expert reports shall be submitted on or before Wednesday, April 25, 2007. Depositions of rebuttal expert witnesses shall be completed on or before Wednesday, May 30, 2007.

3. Post-Discovery Conference. The parties shall contact the court on or before Wednesday, May 30, 2007 to schedule a post-discovery conference.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge