IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty days from October 30, 2006, to and including November 29, 2006, within which to respond to Plaintiff's First Request for Production of Documents in the above-captioned case. This is the first enlargement of time requested for this purpose. Plaintiff's counsel has stated that plaintiff will object to this motion.

In support of this motion, defendant states that on September 27, 2006, plaintiff served its First Request for Production of Documents. The Government has made significant progress in responding to plaintiff's discovery requests. On October 23, 2006, defendant's counsel made available to plaintiff's counsel for review and photocopying seven of the eight boxes of IRS

administrative files provided in this case. Therefore, plaintiff's counsel has been given access to the majority of the IRS administrative files in this action.

Counsel for the IRS has advised defendant's trial attorney that they are gathering and reviewing internal IRS documents that may be responsive to plaintiff's requests. Many of these internal IRS documents may be subject to privilege, including executive privilege. The IRS advised that draft privilege logs have been prepared for many documents, however, the process is not yet complete. The procedure followed by the IRS for the assertion of executive privilege is detailed and time consuming. Privilege must ultimately be asserted or waived by the Assistant Chief Counsel for Disclosure and Privacy Law. *See Marriott International Resorts, L.P. v. United States*, 437 F.3d 1302 (Fed. Cir. 2006). This enlargement is sought in order to allow additional time for the IRS to complete its review of internal documents that are potentially responsive to plaintiff's discovery requests, to obtain authorization for any privileges to be asserted, and to forward any non-privileged responsive documents to defendant's trial attorney. Defendant's trial attorney will respond to the discovery requests within the time requested.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

October 27, 2006