# In the United States Court of Federal Claims

No. 06-86T

(E-Filed: October 30, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Motion for Enlargement of Time (motion), which was filed on October 27, 2006. The court requests that the parties contact the court to schedule a telephonic status conference to discuss the motion. The telephonic status conference shall be held at the earliest opportunity, including later today.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge