# In the United States Court of Federal Claims

No. 06-86T

(E-Filed: October 30, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Motion for Enlargement of Time (motion), which was filed on October 27, 2006. The court held a telephonic status conference with the parties on October 30, 2006 to discuss defendant's motion. Pursuant to that telephonic status conference, defendant's motion is GRANTED-IN-PART. The court grants defendant a two-week extension within which to respond to plaintiff's First Request for Production of Documents (request). Defendant shall respond to plaintiff's request on or before November 13, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge