IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-86 T

(Judge Emily C. Hewitt)

DESERET MANAGEMENT CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RCFC 26(a)

SEP 15 2006

Pursuant to RCFC 26(a), the United States hereby submits its initial disclosures.

A. Individuals likely to have discoverable information. [1]

1. Mr. Brad Nance
   Internal Revenue Service
   Ogden Campus
   Ogden, Utah

2. Mr. John Barker
   Internal Revenue Service
   Ogden Campus
   Ogden, Utah

[1] To contact the Internal Revenue Service personnel identified here, request assistance from counsel for the United States.

3. Mr. Richard Druk
   Internal Revenue Service
   Ogden Campus
   Ogden, Utah

4. Mr. Monty A. Careswell
   Internal Revenue Service
   Denver, Colorado

5. Mr. Kelly Schwarz
   Appeals Officer
   Internal Revenue Service
   Oklahoma City Appeals Office
   Oklahoma City, Oklahoma

6. Ms. Sharon G. Johnson
   Appeals Officer
   Internal Revenue Service
   Oklahoma City Appeals Office
   Oklahoma City, Oklahoma

7. Mr. Lynn E. Gaston
   Appeals Officer
   Internal Revenue Service
   Omaha Appeals Office
   Omaha, Nebraska

8. Mr. Neal Nelson (retired)
   Internal Revenue Service
   Salt Lake City, Utah

9. Mr. James R. Bond, Jr.
   Bond & Pecaro, Inc.
   1201 Connecticut Ave., N.W.
   Washington, D.C. 20036
   (202) 775-8870

10. Mr. Timothy R. Bresien
    Bond & Pecaro, Inc.
    1201 Connecticut Ave., N.W.
    Washington, D.C. 20036
    (202) 775-8870

11. B. Carol Eaton
Bond & Pecaro, Inc.
1201 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 775-8870

12. Mr. Peter Bowman
BIA Consulting, Inc.
14595 Avion Parkway
Suite 500
Chantilly, Virginia 22021

13. Mr. David H. Cole
Cole Appraisal Services, Inc.
P.O. Box 1185
Herndon, Virginia 22070

14. Mr. Charles H. Kadlec
Duluth, Minnesota 54805

B. Attached hereto as Exhibit A (Bates Nos. 1-538)[2] are copies of documents contained in the IRS's administrative file for plaintiff's periods in suit which are responsive to RCFC 26(a)(1)(B). In addition, defendant's counsel has in her possession copies of the following categories of documents:[3] (1) documents produced by plaintiff in response to Internal Revenue Service "IDRs"; (2) copies of expert witness reports prepared during the audit for the years in suit; and (3) plaintiff's income tax returns for the years in suit.

C. Defendant has not asserted any claim of damages in this action and therefore no computation has been prepared pursuant to RCFC 26(a)(1)(C).

---

[2] Pages 67, 93, 116, 138, 141, and 146 have not been produced. These pages were incorrectly attached to the documents produced.

[3] These documents, which are voluminous, have not been produced but are described as provided in RCFC 26(a)(1)(B).

D. Defendant does anticipate calling an expert witness to present evidence at trial. However, defendant has not yet retained an expert. Defendant reserves the right to supplement this response when an expert witness has been retained.

Respectfully submitted,

Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
David Gustafson
Of Counsel

September 15, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Defendant's Initial Disclosures pursuant to RCFC 26(a) has, this 15th day of September 2006, been made on plaintiff by mailing a copy thereof in a postage prepaid envelope, to the following address:

Eric C. Olson
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

Deana L. Henderson

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440