# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: November 14, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

At plaintiff's request, the court conducted an informal telephonic status conference with the parties on Monday, November 13, 2006 to discuss the possible filing by defendant of a motion for enlargement of time (proposed motion), expected to request an extension of time of seventeen days, up to and including November 30, 2006, within which to respond to plaintiff's pending request for production of documents. After an extensive discussion with the parties about the proposed motion, the court orders that defendant shall respond in part to plaintiff's pending request for production of documents no later than the close of business on Wednesday, November 15, 2006 by providing to plaintiff all of the documents that defendant has by then prepared for production together with privilege logs for all documents by then reviewed for privilege and found to be privileged. On or before the close of business on Wednesday, November 22, 2006, defendant shall provide to plaintiff all of the documents that plaintiff has requested. If defendant does not produce any such documents at that time, defendant shall provide to plaintiff a privilege log that identifies each such document with specificity and identifies the privilege asserted and the basis therefor. If defendant has failed to assert a privilege with respect to a document produced on November 15, 2006 or November 22, 2006, the court, by motion, will consider and rule on an assertion of privilege made by motion on or before December 6, 2006 and sufficiently supported by a privilege log. Any such document found to be privileged will be returned to defendant and will be treated as privileged for the purpose of this litigation.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge