# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: November 30, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Mr. David Bivens contacted the court by telephone earlier today regarding a deposition that is scheduled to take place on December 12, 2006. The court may take action only on matters that are brought before it by motion made in accordance with the Rules of the Court of Federal Claims. The court will not transmit any communications from Mr. Bivens to either of the parties, nor will the court respond to correspondence.

The parties are requested to provide a copy of this order to Mr. Bivens at their earliest convenience.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge