Valuations and Asset Allocations for
KIRO-TV as of 1/31/95

Exhibit 4

| $000s | Bond Pecaro | BIA | DKB Report | DKB Changes | DKB Revised Valuation | Kadlec Report | DKB Revised greater (less) vs. Kadlec Report |
|---|---|---|---|---|---|---|---|
| **Tangible Assets** | | | | | | | |
| Land | $4,749 | $4,730 | $4,740 | | $4,740 | $4,740 | |
| Buildings | 4,386 | 12,195 | 12,195 | ($2,000) | 10,195 | 4,386 | $5,809 |
| Towers | 550 | 1,088 | 550 | | 550 | 550 | |
| TV Antenna System | 457 | 214 | 336 | | 336 | 336 | |
| Transmitter Equip. | 1,892 | 1,445 | 1,445 | | 1,445 | 1,669 | (224) |
| Studio Tech. Equip | 23,623 | 18,502 | 18,502 | | 18,502 | 21,063 | (2,561) |
| Microwave Equip | 1,560 | 1,129 | 1,129 | | 1,129 | 1,345 | (216) |
| Translator Equip. | 280 | 109 | 195 | | 195 | 195 | |
| Vehicles | 1,461 | 1,906 | 1,496 | | 1,496 | 1,683 | (187) |
| Prod. Materials/tape stock | 0 | 307 | - | 157 | 157 | 157 | |
| Furniture & Fixtures | 883 | 853 | 868 | | 868 | 868 | |
| Office Machines | 1,368 | 1,203 | 1,286 | | 1,286 | 1,286 | |
| Test Equipment | 232 | 257 | 245 | | 245 | 245 | |
| Tools | 42 | 60 | 51 | | 51 | 51 | |
| Spare Parts | 234 | 243 | 239 | | 239 | 239 | |
| Surplus Property | 204 | 0 | 102 | | 102 | 109 | (7) |
| rounding | | | 21 | | 21 | - | 21 |
| **Total Tangibles** | $41,921 | $44,241 | $43,400 | ($1,843) | $41,557 | $38,922 | $2,635 |
| **Intangible Assets** | | | | | | | |
| Pre-Sold Advertising | $2,039 | $5,150 | $390 | | $390 | $2,345 | (1,955) |
| Advertiser Relationship | 0 | 0 | 38,100 | | 38,100 | 0 | 38,100 |
| Program Agreements | 545 | 197 | 600 | | 600 | 371 | 229 |
| Computer Software | 322 | 318 | 320 | | 320 | 320 | |
| A/V Library | 9,906 | 0 | 4,950 | (3,551) | 1,399 | 1,399 | |
| Assembled Staff | 0 | 0 | 2,950 | | 2,950 | 1,046 | 1,904 |
| FCC License[&unident.] | 107,287 | 89,085 | 67,810 | 5,194 | 73,004 | 117,672 | (44,668) |
| Going Concern/Goodwill | 480 | 325 | 480 | | 480 | 225 | 255 |
| Unidentified Intangibles | [incl. w. license] | 23,168 | [incl. w. license] | | 0 | 0 | |
| **Total Intangibles** | $120,579 | $118,243 | $115,600 | $1,643 | $117,243 | $123,378 | ($6,135) |
| "Other Assets" (BIA only) | | 16 | | | | | |
| **Total Assets of KIRO-TV** | $162,500 | $162,500 | $159,000 | ($200) | $158,800 | $162,300 | ($3,500) |
| Other Acquired Properties | | | | | | | |
| Third Avenue Productions | | | 3,200 | | 3,200 | | 3,200 |
| KIRO Direct | | | 300 | | 300 | | 300 |
| **Total Assets of KIRO-TV, Third Avenue and KIRO Direct** | $162,500 | $162,500 | $162,500 | ($200) | $162,300 | $162,300 | $0 |