| Form 5701 | Department of the Treasury-Internal Revenue Service<br>**NOTICE OF PROPOSED ADJUSTMENT** |
|---|---|

| | |
|---|---|
| Name of taxpayer:<br>Deseret Management Corporation & Subs.<br>EIN: 87-0274433 | Issue No.<br>41-1 |
| Name and title of person to whom delivered: | Date<br>September 9, 2002 |

Entity for this proposed adjustment
Bonneville International Corporation EIN: 91-0376700

Based on the information we now have available and our discussions with you we believe the proposed adjustments listed below should be included in the revenue agent's report. However, if you have additional information that would alter or reverse this proposal, please furnish this information as soon as possible.

| Years | Amount | Account or return line | SAIN NO. | Issue Code |
|---|---|---|---|---|
| 9512 | 39,768,363<br>( 3,202,292) | Long Term Capital Gain<br>Ordinary Gain | | 41-1 |

**Issues**

Whether, under the taxpayer's IRC §338(h)(10) election to treat sale of Third Avenue Television, Inc. Stock as sale of the underlying assets, the FMV of assets sold by and resulting gains were as reported by the taxpayer?

**Argument for Proposed Adjustment**

Please refer to the attached Form 886-A for a detailed explanation.

Taxpayer Representative's action:

( ) Agreed ( ) Agreed in Part ( ) Disagreed
( ) Have additional information. Will submit by:____________________

| | |
|---|---|
| IRS Valuation Specialist<br>Monty A. Careswell<br>Monty A. Careswell, CPA | Telephone Number:<br>(303)844-2360 x 202 |

**FILE: Report\5701.doc** **Substitute Form 5701**

| FORM 886-A<br>(Rev. May 1980) | Department of the Treasury<br>Internal Revenue Service<br>EXPLANATION OF ITEMS | Schedule No. or<br>Exhibit<br>Issue No.<br>41-1 |
|---|---|---|
| Name of Taxpayer<br><br>Deseret Management Corporation & Subs. | | Year/Period Ended<br><br>9512 |

# ISSUE:

Whether, under the taxpayer's IRC §338(h)(10) election to treat sale of Third Avenue Television, Inc. Stock as sale of the underlying assets, the FMV of assets sold by and resulting gains were as reported by the taxpayer?

Note: The gains have been reported on the 1995 Bonneville International Corporation (BIC) return.

| FORM 886-A (Rev. May 1980) | Department of the Treasury Internal Revenue Service EXPLANATION OF ITEMS | Schedule No. or Exhibit Issue No. 41-1 |
|---|---|---|
| Name of Taxpayer<br>Deseret Management Corporation & Subs. | | Year/Period Ended<br>9512 |

# ADJUSTMENTS:

## FMV'S PER RETURN, PER EXAM AND ADJUSTMENTS

| Asset Transferred | Per Return FMVs ($) | Per Exam FMVs ($) | Adjustments ($) |
|---|---|---|---|
| **Tangible Assets** | | | |
| Land | 4,739,500 | 4,740,000 | 500 |
| Buildings | 8,290,624 | 10,195,000 | 1,904,376 |
| Towers | 819,135 | 550,000 | (269,135) |
| TV Antenna System | 335,462 | 336,000 | 538 |
| TV Transmitter Equipment | 1,668,806 | 1,445,000 | (223,806) |
| Studio Technical Equipment | 21,062,663 | 18,502,000 | (2,560,663) |
| Microwave Equipment | 1,344,573 | 1,129,000 | (215,573) |
| Translator Equipment | 194,633 | 195,000 | 367 |
| Vehicles | 1,683,185 | 1,496,000 | (187,185) |
| Program Production Mat. & Sup./Tape Stock | 254,990 | 157,000 | (97,990) |
| Furniture & Fixtures | 867,734 | 868,000 | 266 |
| Office Equipment | 1,285,571 | 1,286,000 | 429 |
| Test Equipment | 244,356 | 245,000 | 644 |
| Tools | 51,330 | 51,000 | (330) |
| Spare Parts | 238,506 | 239,000 | 494 |
| Surplus Equipment | 7,400 | 102,000 | 94,600 |
| Promotional Materials | 300 | 0 | (300) |
| Third Avenue Productions | 0 | 3,200,000 | 3,200,000 |
| KIRO Direct | 0 | 300,000 | 300,000 |
| Rounding | (3) | 21,000 | 21,003 |
| **Total Tangible Assets** | 43,088,765 | 45,057,000 | 1,968,235 |
| **Intangible Assets** | | | |
| Pre-sold Commercial Advertising Contracts | 3,594,371 | 390,000 | (3,204,371) |
| Advertiser Relationship | 0 | 38,100,000 | 38,100,000 |
| Syn. Program & Feature Film Lic. Agreement | 370,836 | 600,000 | 229,164 |
| Computer Software | 320,449 | 320,000 | (449) |
| Assembled Staff/Workforce | | 2,950,000 | 2,950,000 |
| Going Concern Value/Goodwill | 402,300 | 480,000 | 77,700 |
| Audiovisual Library | 4,953,209 | 1,399,000 | (3,554,209) |
| **Total Intangible Assets** | 9,641,164 | 44,239,000 | 34,597,836 |
| **Total Assets** | 52,729,929 | 89,296,000 | 36,566,071 |

| FORM 886-A (Rev. May 1980) | Department of the Treasury Internal Revenue Service EXPLANATION OF ITEMS | Schedule No. or Exhibit Issue No. 41-1 |
|---|---|---|
| Name of Taxpayer<br>Deseret Management Corporation & Subs. | | Year/Period Ended<br>9512 |

## GAINS PER RETURN

| Asset Transferred | Per Return FMVs ($) | Per Return Adj. Basis ($) | Per Return Gain ($) |
|---|---|---|---|
| **Tangible Assets** | | | |
| Land | 4,739,500 | 1,010,623 | 3,728,877 |
| Buildings | 8,290,624 | | |
| Towers | 819,135 | | |
| Total Buildings & Improvements (Towers) | 9,109,759 | 4,731,211 | 4,378,548 |
| TV Antenna System | 335,462 | | |
| TV Transmitter Equipment | 1,668,806 | | |
| Studio Technical Equipment | 21,062,663 | | |
| Microwave Equipment | 1,344,573 | | |
| Translator Equipment | 194,633 | | |
| Vehicles | 1,683,185 | | |
| Program Production Mat. & Sup./Tape Stock | 254,990 | | |
| Furniture & Fixtures | 867,734 | | |
| Office Equipment | 1,285,571 | | |
| Test Equipment | 244,356 | | |
| Tools | 51,330 | | |
| Spare Parts | 238,506 | | |
| Surplus Equipment | 7,400 | | |
| Promotional Materials | 300 | | |
| Third Avenue Productions | 0 | | |
| KIRO Direct | 0 | | |
| Rounding | (3) | | |
| Total Other Tangible Assets | 29,239,506 | 3,646,754 | 25,592,752 |
| **Total Tangible Assets** | 43,088,765 | 9,388,588 | 33,700,177 |
| **Intangible Assets** | | | |
| Pre-sold Commercial Advertising Contracts | 3,594,371 | 68,941 | 3,525,430 |
| Advertiser Relationship | 0 | | |
| Syn. Program & Feature Film Lic. Agreement | 370,836 | | |
| Computer Software | 320,449 | | |
| Assembled Staff/Workforce | | | |
| Going Concern Value/Goodwill | 402,300 | | |
| Audiovisual Library | 4,953,209 | | |
| Rounding | (1) | | |
| Total Other Ingangibles | 6,046,793 | 343,779 | 5,703,014 |
| **Total Intangible Assets** | 9,641,164 | 412,720 | 9,228,444 |
| **Total Assets** | 52,729,929 | 9,801,308 | 42,928,621 |

| FORM 886-A (Rev. May 1980) | Department of the Treasury Internal Revenue Service EXPLANATION OF ITEMS | Schedule No. or Exhibit Issue No. 41-1 |
|---|---|---|
| Name of Taxpayer<br>Deseret Management Corporation & Subs. | | Year/Period Ended<br>9512 |

**GAINS PER EXAM**

| Asset Transferred | Per Exam FMVs ($) | Per Exam Adj. Basis ($) | Per Exam Gain ($) |
|---|---|---|---|
| **Tangible Assets** | | | |
| Land | 4,740,000 | 1,010,623 | 3,729,377 |
| Buildings | 10,195,000 | | |
| Towers | 550,000 | | |
| Total Buildings & Improvements (Towers) | 10,745,000 | 4,731,211 | 6,013,789 |
| TV Antenna System | 336,000 | | |
| TV Transmitter Equipment | 1,445,000 | | |
| Studio Technical Equipment | 18,502,000 | | |
| Microwave Equipment | 1,129,000 | | |
| Translator Equipment | 195,000 | | |
| Vehicles | 1,496,000 | | |
| Program Production Mat. & Sup./Tape Stock | 157,000 | | |
| Furniture & Fixtures | 868,000 | | |
| Office Equipment | 1,286,000 | | |
| Test Equipment | 245,000 | | |
| Tools | 51,000 | | |
| Spare Parts | 239,000 | | |
| Surplus Equipment | 102,000 | | |
| Promoticnal Materials | 0 | | |
| Third Avenue Productions | 3,200,000 | | |
| KIRO Direct | 300,000 | | |
| Rounding | 21,000 | | |
| Total Other Tangible Assets | 29,572,000 | 3,646,754 | 25,925,246 |
| **Total Tangible Assets** | 45,057,000 | 9,388,588 | 35,668,412 |
| **Intangible Assets** | | | |
| Pre-sold Commercial Advertising Contracts | 390,000 | 68,941 | 321,059 |
| Advertiser Relationship | 38,100,000 | | |
| Syn. Program & Feature Film Lic. Agreement | 600,000 | | |
| Computer Software | 320,000 | | |
| Assembled Staff/Workforce | 2,950,000 | | |
| Going Concern Value/Goodwill | 480,000 | | |
| Audiovisual Library | 1,399,000 | | |
| Rounding | 0 | | |
| Total Other Ingangibles | 43,849,000 | 343,779 | 43,505,221 |
| **Total Intangible Assets** | 44,239,000 | 412,720 | 43,826,280 |
| **Total Assets** | 89,296,000 | 9,801,308 | 79,494,692 |

| FORM 886-A (Rev. May 1980) | Department of the Treasury Internal Revenue Service EXPLANATION OF ITEMS | Schedule No. or Exhibit Issue No. 41-1 |
|---|---|---|
| Name of Taxpayer<br>Deseret Management Corporation & Subs. | | Year/Period Ended<br>9512 |

**ADJUSTMENT TO GAINS**
**(Reported by BIC)**

| Asset Transferred | Per Return Gains ($) | Per Exam Gains ($) | Adjust. ($) | Notes |
|---|---|---|---|---|
| Tangible Assets | | | | |
| Land | 3,728,877 | 3,729,377 | 500 | 1 |
| Total Buildings & Improvements (Towers) | 4,378,548 | 6,013,789 | 1,635,241 | 2 |
| Total Other Tangible Assets | 25,592,752 | 25,925,246 | 332,494 | 3 |
| Total Tangible Assets | 33,700,177 | 35,668,412 | 1,968,235 | |
| Intangible Assets | | | | |
| Pre-sold Commercial Advertising Contracts | 3,525,430 | 321,059 | (3,204,371) | 4 |
| Total Other Intangibles | 5,703,014 | 43,505,221 | 37,802,207 | 5 |
| Total Intangible Assets | 9,228,444 | 43,826,280 | 34,597,836 | |
| Total Assets | 42,928,621 | 79,494,692 | 36,566,071 | |
| | (See Page 3) | (See Page 4) | | |

Notes:

| Form 4797 Type of Gain | | ADJUSTMENTS: LTCG Form 4797 Part I (Report on Schedule D) | Ordinary Gain Form 4797 Part II |
|---|---|---|---|
| 1 - Land (LTCG) | LTCG | 500 | |
| 2 - Bldgs. & Improvements - §1250 Property | | | |
| (§291 Amount) (20% of $10,395) | Ordinary Gain | | 2,079 |
| (§1231 LTCG Amount) | LTCG | 1,633,162 | |
| 3 - Other Tangible Assets | | 332,494 | |
| 4 - Pre-Sold Adv. Contracts (< 1 year) | Ordinary Gain | | (3,204,371) |
| 5 - Other Intangibles (>1 year) | LTCG | 37,802,207 | |
| Totals | | 39,768,363 | (3,202,292) |

FILE: 886A
DATE: 09/09/02
LMSB:Team 1855:MAC

Substitute - Form 886-A (Rev. 5-80)