DESERET MANAGEMENT CORPORATION
SCHEDULE C[illegible] IUSTMENTS

| | NOPA # | DESCRIPTION: | A/U | 1992 AMOUNT | 19[illegible] AMOUNT | 1994 AMOUNT | 1995 AMOUNT | 1996 AMOUNT | 1997 AMOUNT | 1998 AMOUNT | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TAXABLE INCOME Per Return - LIFE | | | 31,756,230 | 32,796,966 | 39,984,217 | 16,366,508 | 22,299,730 | 22,261,564 | 27,737,109 | | | | | |
| | | NON-LIFE | | (148,392,190) | (117,165,587) | (76,012,606) | (13,701,307) | 15,015,213 | 31,969,529 | (25,190,948) | | | | | |
| | 92-93 YEARS: | | | | | | | | | | | | | | |
| n | 7-2 | BIC Depr adj | A ? | | 100,956 | | | | | | | | | | |
| n | 10-1 | DN Gen Exp/Cost | A ? | 222,285 | | | | | | | | | | | |
| n | 17-2 | BIC Cap Exp-Dep/Amort | A ? | | 175,871 | | | | | | | | | | |
| n | 18-2,3 | PHI Accrd yr end Bonus | ? | | 263,155 | | | | | | | | | | |
| n | 19-2,3 | AGRS Accrd yr end Bonus | ? | | 56,136 | | | | | | | | | | |
| n | 20-1 | PHI Accrd Bonus-other | ? | | 23,840 | | | | | | | | | | |
| n | 21-1 | PHI Accrd Bonus-C.of S | ? | | 482,662 | | | | | | | | | | |
| n | 22-2 | BIC under rept Gain-Sale | dropped | | | | | | | | | | | | |
| n | 24-3 | DB 263A Costs-CofS | dropp | | | | | | | | | | | | |
| n | 23-1(96-98) | ZSC/LTW Late STP NOL | U | | - | - | 9,855,194 | 2,088,356 | 2,734,958 | 3,636,860 | | | | | |
| n | 24-1(96-98) | DMC Late STP Interest NOL | U | | - | - | 633,865 | | | | | | | | |
| n | 25-1(96-98) | HRI Loss disallow. -NOL | U | | - | - | 823,952 | 254,810 | 709,468 | (80,322) | | | | | |
| | | Total Adjustments - 92 & 93 | | 222,285 | 1,102,620 | | | | | | | | | | |
| | 94-95 YEARS: | | | | | | | | | | | | | | |
| n | 3-1 | AGNW Accrd Yr end Bonus | ? | | | (20,440) | 5,604 | | | | | | | | |
| n | 4-1 | AGNW Accrd Bonus-COGS | ? | | | (420,347) | 84,374 | | | | | | | | |
| n | 5-1 | CTS LN Accrd Bonus | ? | | | | 21,483 | | | | | | | | |
| n | 6-1 | CTS LN Accrd Bonus | ? | | | | 1,527 | | | | | | | | |
| n | 7-1 | AGRS Accrd Bonus | ? | | | (18,634) | 55,168 | | | | | | | | |
| n | 8-1 | AGRS Accrd Bonus | ? | | | (43,318) | 93,197 | | | | | | | | |
| n | 9-1 | ZSC 93 NOL redcl- Office Ex | dropped | | | | | | | | | | | | |
| l | 11-1 | BLIC A&H Res. Discounting | A ? | | | | 21,423 | | | | | | | | |
| l | 37-1(96-98) | BLIC A&H Res. Discounting | A ? | | | | | 39,051 | | | | | | | |
| n | 12-1 | AGNW Hedging Trans. | A ? | | | | 893,055 | | | | | | | | |
| l | 13-1 | PHA Unallow. Exp. - Capital | A ? | | | 9,115 | 57,278 | | | | | | | | |
| l | 14-1 | PHA Unallow. Exp. -Depr All | A ? | | | (32,349) | (50,723) | | | | | | | | |
| l | 15-2 | CWL PSA Account Distrib. | U | | | 3,500,593 | | | | | | | | | |
| l | 16-2 | BLIC DAC Adj - Sale of CWL | U | | | 7,784,309 | | | | | | | | | |
| l | 17-1 | BLIC DAC Amort. Sale of CW | U | | | (1,032,327) | (1,372,038) | | | | | | | | |
| l | 38-1(96-98) | BLIC DAC Amort. Sale of CW | U | | | | | (1,372,038) | (1,372,038) | (1,152,738) | | | | | |
| l | 18-1 | BLIC Dividend Recd Deduct. | U | | | 168,486 | 156,303 | | | | | | | | |
| l | 22-1(96-98) | BLIC Dividend Recd Deduct. | U | | | | | 154,930 | 176,413 | 182,629 | | | | | |
| n | 19-2 | MAGNOLIA Option Loss Adj | U | | | 930,000 | | | | | | | | | |
| l | 20-2 | BLIC Unallow Exp - Capital | A | | | 61,875 | 219,270 | | | | | | | | |
| l | 27-2(96-98) | BLIC Unallow Exp - Capital | A | | | | | 166,086 | 263,399 | 231,225 | | | | | |
| l | 21-1 | BLIC Software Amort Adj | A | | | (207,365) | (426,006) | | | | | | | | |
| l | 28-2(96-98) | BLIC Software Amort Adj | A | | | | | (749,414) | (683,801) | (597,697) | | | | | |
| l | 22-2 | BLIC Deprec. Adj. | A | | | 456,768 | 587,312 | | | | | | | | |
| l | 29-2(96-98) | BLIC Deprec. Adj. | A | | | | | 602,137 | 537,477 | 865,042 | | | | | |
| l | 23-1 | BLIC 807(D) Reserve Ovrstmt. | A | | | | 176,747 | | | | | | | | |
| l | 31-1(96-98) | BLIC 807(D) Reserve Ovrstmt. | A | | | | | (176,747) | | | | | | | |
| l | 24-1 | BLIC SGLI D&D Res Cr Rev | A ? | | | (143,669) | (168,304) | | | | | | | | |
| l | 25-2 | BLIC Reinsurance Com.Cath | U ? | | | 4,000,000 | (950,000) | | | | | | | | |
| l | 45-1(96-98) | BLIC Reinsurance Com.Cath | U ? | | | | | (725,000) | | (2,325,000) | | | | | |
| l | 26-1 | BLIC DAC Capital. Cathedral | A ? | | | | (73,150) | | | | | | | | |
| l | 35-1(96-98) | BLIC DAC Capital. Cathedral | A ? | | | | | (55,825) | | 72,289 | | | | | |
| l | 27-1 | BLIC DAC Amort. Cathedral | A ? | | | | 3,658 | | | | | | | | |
| l | 36-1(96-98) | BLIC DAC Amort. Cathedral | A ? | | | | | 10,106 | 12,898 | 9,284 | | | | | |
| l | 28-1 | BLIC Excess UL Sub.Lf. Res | A | | | | 1,900,000 | | | | | | | | |
| l | 32-1(96-98) | BLIC Excess UL Sub.Lf. Res | A | | | | | (1,900,000) | | | | | | | |
| n | 29-1 | KIRO Other Income Border | A ? | | | | 8,628 | | | | | | | | |
| n | 30-1 | BIC Foreign Tax Credit | A ? | | | | - | | | | | | | | |
| n | 31-3 | BIC Bonus Accruals | ? | | | | 280,846 | | | | | | | | |
| n | 32-1 | BIC Bad Debts Adj | U ? | | | | 631,319 | (315,660) | (315,659) | | | | | | |
| n | 33-1 | BIC Deprec Exp Allowance | A ? | | | (23,033) | (23,033) | | | | | | | | |
| n | 48-1(96-98) | BIC Deprec Exp Allowance | A ? | | | | | (23,033) | (23,033) | (23,033) | | | | | |
| n | 34-2 | BIC Deprec/Amort. Adj | A ? | | | 73,303 | 22,769 | | | | | | | | |
| n | 49-1(96-98) | BIC Deprec/Amort. Adj | A ? | | | | | (5,923) | (19,166) | (7,685) | | | | | |
| n | 35-2 | BIC Supplies Exp Adj | A | | | 117,677 | 98,668 | | | | | | | | |
| n | 33-1(96-98) | BIC Supplies Exp Adj | A | | | | | 166,804 | 165,917 | 117,540 | | | | | |
| n | 36-2 | BIC Deprec. Exp. Allow. | A | | | (23,535) | (57,391) | | | | | | | | |
| n | 34-1(96-98) | BIC Deprec. Exp. Allow. | A | | | | | (87,529) | (119,060) | (133,550) | | | | | |
| n | 37-1 | BIC Legal Fees | ? | | | 48,076 | 59,554 | | | | | | | | |
| n | 38-1 | BIC Accrued Legal Fees | A ? | | | | 15,000 | | | | | | | | |
| n | 42-1(96-98) | BIC Accrued Legal Fees | A ? | | | | | | | (15,000) | | | | | |
| n | 39-1,43-1 | BIC Legal Fees | ? | | | 23,994 | 46,557 | | | | | | | | |
| n | 40-1 | BIC Legal Fees | ? | | | | 27,854 | | | | | | | | |
| n | 41-1 | KIRO Gain from Sale - LTCG | U | | | | 39,768,363 | | | | | | | | |
| n | " | KIRO Gain from Sale -Ordinary | U | | | | (3,202,292) | | | | | | | | |
| l | auto | p/h shr tx ex Int Adjmt | | | | | | | | | | | | | |
| l | auto | Div Rec Ded Adjmt | | | | | | | | | | | | | |
| | | Total Adjustments - 94 & 95 | | | | 15,209,179 | 50,326,031 | | | | | | | | |
| | 96-98 YEARS: | | | | | | | | | | | | | | |
| n | 1-1 | AGRS Accrued Bonus | ? | | | | | (55,168) | | | | | | | |
| n | 2-1 | AGRS Accrued Bonus-CofS | ? | | | | | (93,197) | | | | | | | |
| n | 3-2 | DN NAC Airspace | U | | | | | 535,680 | | | | | | | |
| n | " | DN NAC Airspace - Depreciatn | U | | | | | (7,200) | (8,640) | (8,640) | | | | | |
| n | 4-1 | DN Brownstone Airspace-Depr | A | | | | | | 1,175 | 1,880 | | | | | |
| n | 5-1 | DN Demountable Walls-Depr. | A | | | | | | 10,233 | 13,460 | | | | | |
| n | 6-1 | DN Fire Prot.System - Depr. | A | | | | | | 29,127 | 50,353 | | | | | |
| n | 8-1 | DN Acessories - Depr. | A | | | | | | 9,747 | 11,684 | | | | | |
| n | 10-3 | DN Wall Cov./Cabinets -Depr. | A | | | | | | 7,880 | 10,364 | | | | | |
| n | 12-1 | DN Misc Expense | A | | | | | 1,953 | 72,876 | | | | | | |
| n | " | DN Misc Expense - Deprec. | A | | | | | (279) | (10,889) | (18,188) | | | | | |
| n | 14-1 | DN Floor Covering - Deprec. | A | | | | | | 15,664 | 25,064 | | | | | |
| n | 15-1 | DN Electrical Equip. - Deprec. | A | | | | | | 43,582 | 59,762 | | | | | |
| n | 16-1 | DN Storage Shelving - Deprec. | A | | | | | | 1,418 | 2,245 | | | | | |
| n | 17-2 | DN Emergency Gener. - Depr. | A | | | | | | 8,218 | 14,208 | | | | | |
| l | 18-1 | PHA Liquidation Adj. | A | | | | | | | 106,783 | | | | | |
| l | 19-2 | BLIC Reserves Oversld. Ag 33 | A | | | | | 739,527 | 64,555 | | | | | | |
| n | 20-1 | UHF 338(h)(10) Liquidation Lo | A | | | | | | | 1,018,088 | | | | | |
| n | 21-1 | DN Employers Pension Acct. | A | | | | | | 1,553,500 | | | | | | |
| l | 30-1 | PHA Deprec./Amortization Adj | A ? | | | | | (99,420) | (55,148) | (21,526) | | | | | |
| n | 39-1 | BIC Legal Expense | U ? | | | | | 77,373 | 118,052 | 153,211 | | | | | |
| n | 40-1 | BIC Bad Expense | U ? | | | | | 59,492 | 315,183 | 119,578 | (333,359) | (160,894) | | | |
| n | 41-1 | BIC Legal Expense - Amortiz. | U ? | | | | | (1,428) | (1,428) | (1,428) | | | | | |
| n | 43-1 | BIC Legal Expense - Amortiz. | | | | | | (5,039) | (5,039) | (5,039) | (5,039) | (5,039) | (5,039) | (5,039) | (5,039) |
| n | 46-1 | Claim, Gain KING sale | U | | | | | | | | | | | | |
| n | 47-1 | Claim, Bonus Accrual | A | | | | | | | (3,740) | | | | | |
| l | auto | p/h shr tx ex Int Adjmt | | | | | | | | | | | | | |
| l | auto | Div Rec Ded Adjmt | | | | | | | | | | | | | |
| l | auto | Contribution Adjustment | | | | | | - | - | 262,971 | | | | | |
| | | Total Adjustments - 96, 97, & 98 | | | | | | (776,595) | 4,237,839 | 2,570,914 | (338,398) | (165,933) | (5,039) | (5,039) | (5,039) |

C