## Eric Olson

**From:** Eric Olson
**Sent:** Wednesday, November 15, 2006 10:13 AM
**To:** 'Jennifer.D.Spriggs@usdoj.gov'
**Cc:** 'Hines, J. Michael'; 'Mather, Judith'
**Subject:** RE: Deseret

Jennifer-

Given the deadlines binding upon the parties in this action and my need to depose Mr. Bivins before any other fact witnesses, I am unable to accommodate his request for a more "convenient" date. A subpoena and notice will issue today for his deposition on 12 December 2006.

With respect to Mr. Careswell, as I have mentioned previously, his deposition needs to come after that of Mr. Bivins. It had been my intention to notice that deposition for 15 Dec 2006. If you have a conflict on that date (which your e-mail below does not actually say), I could move the deposition to 14 Dec or sometime the week after. Even in the absence of the timing problem, I could not do it on 8 Dec 2006 because of a social commitment (my law firm's Christmas party) that has come up since you inquired about alternative dates.

I look forward to hearing from you. Since I plan today to notice the depositions on the dates indicated above, absent further word from you, it would be most appreciated to receive a prompt response so my notices can conform to dates on which you do not have a conflict.

I take it from your e-mail that you will require a subpoena for Mr. Careswell even though he is an employee of the government. I will direct that subpoena to your attention by overnight delivery unless you direct otherwise.

Eric C. Olson
(801) 321-4818

-----Original Message-----
From: Jennifer.D.Spriggs@usdoj.gov [mailto:Jennifer.D.Spriggs@usdoj.gov]
Sent: Wednesday, November 15, 2006 9:36 AM
To: Eric Olson
Subject: Deseret

Mr. Bivins advised that December is not convenient for him and he would prefer a date in January. If the depositions go forward, I am available for the Careswell deposition on December 8 (Denver) and the Bivins deposition on December 12 (New Jersey). Although, Mr Careswell has not yet confirmed his availability, I assume he will accomodate our schedules absent some exigent circumstance. I will accept service of process for Mr. Careswell.

**Eric Olson**

**From:** Eric Olson
**Sent:** Tuesday, November 14, 2006 8:40 AM
**To:** 'Jennifer.D.Spriggs@usdoj.gov'
**Subject:** RE: Deseret

Those dates appear to be open.

Eric C. Olson
(801) 321-4818

-----Original Message-----
From: Jennifer.D.Spriggs@usdoj.gov [mailto:Jennifer.D.Spriggs@usdoj.gov]
Sent: Tuesday, November 14, 2006 8:38 AM
To: Eric Olson
Subject: Deseret

I am in the process of contacting Mr. Bivins and Mr. Careswell to confirm dates and locations for the depositions. If there is a conflict with the dates we discussed are you available on December 7-8 or December 18-19.