REV-PROC, Examination of returns and claims for refund, credit or abatement; determination of correct tax liability., **Rev. Proc. 75-39**, 1975-2 CB 569, (Jan. 01, 1975)
**Rev. Proc. 75-39, 1975-2 CB 569**

*26 CFR 601.105: Examination of returns and claims for refund, credit or abatement; determination of correct tax liability.*
*(Also Part I, Sections 167, 334, 2031, 2512; 1.167(a)-5, 1.334-1, 20.2031-1, 25.2512-3.)*

SECTION 1. PURPOSE.

The purpose of this Revenue Procedure is to provide guidelines for the determination of the fair market values of radio and television broadcasting stations for estate, gift, and income tax purposes. In addition, the Revenue Procedure sets forth factors to be considered in the allocation of a lump-sum purchase price of such stations between depreciable and nondepreciable assets. Further, the Revenue Procedure outlines a procedure for making a detailed market value analysis of the subject station based on market characteristics, network affiliations, competitive factors, and technical facility capabilities.

SEC. 2. BACKGROUND.

Commercial broadcasting is a service industry regulated by the Federal Communications Commission (FCC) that provides AM and FM radio and television programs to the public. Broadcasting revenues are derived from sales of air time to local, regional, and national advertisers who pay approximately four billion dollars annually to more than 7,100 stations.

Most broadcasting companies are closely held. The stocks of these companies are not ordinarily publicly traded. Thus, in the absence of stock market quotations, some other method is required to determine the fair market value of the stock of such companies as well as the fair market value of the assets of such companies. There have been relatively large numbers of stations sold, and these sales make the market data, or comparable sales approach, a preferred method of valuation.

Broadcast frequencies are limited in number and their use is closely regulated. Allocation of frequencies and licensing of broadcasting stations, as well as industry regulation, are functions of the FCC. Broadcast frequencies allocated to or suitable for use in substantial markets are, in most cases, licensed to existing stations. Under these conditions the only feasible approach to station ownership is to purchase an existing facility. Prices demanded for existing stations reflect frequency scarcity and a range of market conditions. Market characteristics of major interest are size, growth trends, and competition. The American Research Bureau (ARB) divides the United States into more than 200 television markets, consisting of approximately 62,000,000 TV households. Common measurements of TV market size include total number of households, TV households, weekly and daily circulation. Circulation is measured by the number of households in which a particular station is viewed at least once during the period of one week or within a broadcast day.

Television markets are classified as VHF, UHF, or mixed markets. In mixed markets, circulation and revenues for the VHF stations are usually substantially greater than for UHF stations. Radio markets are more numerous, more competitive, and cover wider population ranges than television markets. Competitive data for most markets are available from FCC and trade publications.

SEC. 3. PROCEDURE FOR DETERMINATION OF FAIR MARKET VALUE.

As in other business acquisitions, the primary objective in most broadcast station acquisitions is to obtain rights to future earnings. The magnitude of anticipated future earnings establishes the upper limit on the price a knowledgeable buyer is willing to pay. Future earning potentials of broadcast stations are functions of station management effectiveness, market size and growth rate, competition, technical facilities, network affiliation contracts (for television stations), economic environment, tax, and regulatory trends.

*Copyright © 2004, **CCH** INCORPORATED. All rights reserved.*

Where markets are served by four or more TV stations, one or more stations operate independently without network affiliation. Independent stations typically incur higher programming costs, command lower time rates and realize smaller market shares than affiliated stations. Thus TV network affiliation usually results in increased earning power and higher market value.

A potential purchaser estimates future earnings by projecting past operating results, modified by the above factors, over future time periods. Past operating results are first analyzed to determine the degree to which present management has realized the market potential of the station. Excessive leasing, salary and depreciation expenses are isolated to permit reconstruction of realistic operating results. Analyses of hundreds of broadcast station sales transactions reveal little correlation between sales price and cash flow or earnings shown on financial statements. The analyses indicate that the best correlation is between sales price and revenues.

Since earnings are derived from revenues, stations with larger revenues usually have a larger profit potential and market value. Maximization of revenues is an objective common to all station managements. Past revenues provide a combined measure of management effectiveness, market size, competition, and relative technical facility coverage capability. Assuming stabilized competition, future earning and revenue improvements for a particular station are functions of market growth and management. Major changes in station management frequently follow acquisition.

Estimated station market values derived from sales price/revenue ratios for comparable stations are for both operating and nonoperating assets. Nonoperating assets consist of such things as bonds, stock in other companies, investments such as real estate, and any other asset not connected with the operation of the radio or TV station. The estimated station market values are adjusted to take into account the fair market value of the nonoperating assets.

There is no known formula into which factors affecting broadcast station earning potential can be inserted to obtain an estimate of market value. Market values based on average multiples of revenue are indicative but not sufficient for most purposes. The final estimate of market value must necessarily reflect qualitative analyses of a number of factors, both alone and in various combinations such as market size, competition, technical facilities, etc. The validity of the estimate depends to a large degree on the magnitude and character of the qualitative input. Qualitative errors can be minimized through careful selection and analysis of comparables.

Ideally, comparables should be in the same market area as the property to be valued. Unfortunately, comparables in the same market are usually unavailable. Selection of comparables from a market other than the market of the station to be valued should be made on the basis of market size, growth rate, competition, and market share. A minimum of three comparables is considered necessary to minimize the effect on sales price of conditions unique to a particular transaction. Terms, conditions, and arms-length nature of sale should be determined for each potential comparable. Broadcast revenues should be averaged over a minimum of three years for both the station to be valued and the comparable stations to minimize the effects of unusual or nonrecurring receipts or expenses. Stations with revenue trends differing substantially from that of the property to be valued are poor comparables.

Relatively new television stations that have not achieved their apparent potential share of the market frequently sell at higher sales price/revenue ratios since the sales price is apparently based partly on anticipated increase in market share. Established stations with consistently small market shares usually sell at low revenue multiples. These ratios appear to reflect market share limitations due to considerations other than management and technical facility capabilities. Sales prices for stations requiring large expenditures to update their physical plant reflect the costs of making the indicated changes.

Although earnings and cash flow are not always indicative of market value, they should be considered where appropriate. Larger television and radio stations frequently reflect comparable earnings histories. Where this situation exists, sales price to cash flow and earnings ratios provide additional quantitative support for estimated market value. Technical facilities are of importance within a specific market since

*Copyright © 2004, **CCH** INCORPORATED. All rights reserved.*

they limit potential market share. Intermarket comparisons are of little value because of differences in competitive facilities. A 5 kw full time regional station may be the best technical facility in one market but represent a relatively less desirable facility to other markets; competitiveness within a market is the principal criteria. Comparability of past operating results is limited principally to broadcast revenue. Ownership characteristics and resultant accounting practices restrict comparability of cash flow, earnings, and investment in assets.

In summary, the market data or comparable sales approach is applied using past broadcast revenues as an indicator of future earnings. Reported earnings do not necessarily reflect earning potential. For this reason the relative magnitude of past revenues is generally the most reliable single indicator of fair market value.

SEC. 4. PROCEDURES FOR ALLOCATION OF A LUMP SUM PURCHASE OF AN OPERATING RADIO OR TV BROADCAST STATION.

By 1970, most AM and FM radio, and VHF television frequencies were in use and it had become extremely difficult to obtain authorization to construct new broadcast stations in major markets; thus most recent sales transactions have involved stations operating as going concerns and include both tangible and intangible assets.

Tangible assets include items such as land and buildings, transmitters, radio towers, studio equipment, and office furniture and furnishing that may be valued by the comparable sales approach (sales of similar items on the open market) or the replacement cost (cost new, less observed depreciation). (Observed depreciation is a term used to signify the loss in utility and value of a property as compared with a new property or one capable of rendering maximum benefits. The estimate of observed depreciation is based upon direct inspection, detailed estimates of accrued deterioration, studies of functional deficiencies, and other observable conditions affecting the property and its desirability.) Each of the tangible assets, with the exception of land, may then be assigned a remaining useful life depending on age, physical condition, obsolescence, etc.

See Rev. Rul. 57-377, 1957-2 C.B. 146, which states that the lump-sum purchase of a television broadcasting station may be divided into several types of assets, such as physical assets, goodwill, network affiliation contracts, and the FCC license to broadcast. Of these the network affiliation contracts, the FCC license, and goodwill do not qualify as property subject to an allowance for depreciation for Federal income tax purposes.

Section 1.167(a)-5 of the Income Tax Regulations provides that in an acquisition of a combination of depreciable and nondepreciable properties for a lump sum, the basis for depreciation cannot exceed an amount which bears the same proportion to the lump sum as the value of the depreciable property bears to the value of the entire property at that time. See *F & D Rentals, Inc.*, 44 T.C. 335, 346 (1965), *aff'd.*, 365 F. 2d 34 (7th Cir. 1966), *cert. denied* 385 U.S. 1004 (1967), in which the Tax Court of the United States stated that the fair market value of each item of the aggregate must be established, and then the proportion which the fair market value of each item bears to the total fair market value of the aggregate is applied to the lump-sum purchase price, to fix the portion of the lump-sum price to be allocated to each particular item.

The value of a TV network affiliation contract may be calculated separately since affiliated TV stations have higher revenues, lower costs, and higher operating profits than otherwise comparable independents due to greater audience, revenue from spot advertising adjacencies, no cost for network shows, and the recipt from the network of a fractional part of advertising rates. Network affilations are usually transferable upon sale where a network desires to continue using a TV station. Radio network affiliations, however, generally have minimal value.

Intangible assets may be grouped into those assets with determinable remaining lives such as rental contracts for movies or leaseholds and those with indeterminate lives such as the FCC license, network affiliations, and goodwill. After separately valuing tangible assets, intangible assets with determinable

*Copyright © 2004, CCH INCORPORATED. All rights reserved.*

lives, and other intangibles conductive of separate valuation, and where no other method is appropriate, a reasonable and acceptable value for the remaining nondepreciable intangibles will generally be produced by the use of the residual method, a method peculiarly applicable to the television industry. This method may also be used for fair market value allocations where the basis of the broadcast station assets acquired is determined under section 334(b)(2) of the Code.

SEC. 5. CONCLUSION.

The methods outlined above serve as guidelines for both fair market value and lump-sum allocation determinations. No two cases are sufficiently similar to permit issuance of actual formulas for making these determinations.

*Copyright © 2004, **CCH** INCORPORATED. All rights reserved.*