# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: December 7, 2006)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for Relief from the Court's Order of November 14, 2006, As It Relates to Recently-Discovered Documents in the Custody of a Third Party (Def.'s Mot.); plaintiff's Opposition to Motion for Relief from November 14, 2006 Order (Pl.'s Opp.); and defendant's Reply in Support of Its Motion for Relief from the Court's Order of November 14, 2006 (Def.'s Reply). Defendant requests an extension of time from November 22, 2006 to December 12, 2006 within which to produce the outstanding, non-privileged documents requested for discovery by plaintiff and privilege log. Def.'s Mot. 1.

Defendant's motion is GRANTED-IN-PART. Pursuant to the court's instruction given during the oral argument held on Wednesday, November 29, 2006, defendant shall submit the outstanding, non-privileged documents and its privilege log to plaintiff no later than the close of business on Friday, December 8, 2006. See Oral Argument Transcript 57:9-11, Nov. 29, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge