# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: December 7, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion for Protective Order Regarding the Deposition of a Non-Testifying Valuation Expert (motion) and plaintiff's Opposition to Defendant's Motion for Protective Order Re: Deposition of David K[.] Bivens (opposition). The court anticipated defendant's motion because, at the oral argument held on Wednesday, November 29, 2006, defendant questioned plaintiff's ability to depose Mr. Bivens without violating rule 26 of the Rules of the Court of Federal Claims (RCFC). As the court explained at that time, the court did not understand defendant's basis for its motion and did not perceive that plaintiff's disposition of Mr. Bivens was barred by RCFC 26. The court has carefully considered defendant's motion and plaintiff's opposition, and the court is not persuaded by defendant's motion. Defendant's motion is DENIED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge