# Exhibit H

## Mailing Receipt for First Supplemental Logs II and III

U.S. Department of Justice
TAX DIVISION - CT. FED. CL.
Washington, D.C. 20530

RECEIVED
DEC 15 2006
KIRTON & McCONKIE

Eric C. Olson
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

US OFFICIAL MAIL
$300 Penalty
For Private Use

US POSTAGE
Mailed From 20530
12/06/2006
$ 12.800
016H16601050
Hasler

RECEIVED
DEC 15 2006
KIRTON & McCONKIE