# Exhibit I

## Mailing Receipt for Government's Response to DMC's Requests for Admission and Interrogatories

US OFFICIAL MAIL
$300 Penalty
For Private Use
016H16601050
$06.050
12/08/2006
Mailed From 20530
US POSTAGE
Hasler

U.S. Department of Justice
TAX/CT. FED. CL. SEC.
Washington, D.C. 20530

Eric C. Olson, Esquire
KIRTON & McCONKIE
60 East South Temple Street
Suite 1800
Salt Lake City, Utah 84111

RECEIVED
DEC 19 2006
KIRTON & McCONKIE