# Exhibit J

## Correspondence between Counsel for DMC and Counsel for the Government

**Eric Olson**

**From:** Eric Olson
**Sent:** Thursday, December 14, 2006 10:19 AM
**To:** Spriggs, Jennifer D. (TAX)
**Subject:** RE: Letter to J. Spriggs

Jennifer-

We have not received any certificate of service with respect to the materials referenced below so we have no idea when or in what manner these were purportedly "originally sent." We have to proceed on the assumption that they were not sent until there is evidence to the contrary. I am certain that there was no fax or e-mail transmission. (This can be established through counsels' respective e-mail system records.) I note that the original production was shipped so, if that was the mode of delivery for the items referenced in your e-mail below, I assume that you would have some reciept verifying the date and manner of shipment to our offices. In any event, we look forward to your clarification of this question.

Eric C. Olson
(801) 321-4818

-----Original Message-----
From: Spriggs, Jennifer D. (TAX) [mailto:Jennifer.D.Spriggs@usdoj.gov]
Sent: Thursday, December 14, 2006 8:51 AM
To: Eric Olson
Subject: RE: Letter to J. Spriggs

I will re-send copies of documents you may have missing from your file.
However, the documents were originally sent on the date set forth in the certificate of service. -----Original Message-----
From: Eric Olson [mailto:eolson@kmclaw.com]
Sent: Wednesday, December 13, 2006 10:30 AM
To: Spriggs, Jennifer D. (TAX)
Cc: Hines, J. Michael; Mather, Judith; Ken Birrell
Subject: RE: Letter to J. Spriggs

Jennifer-

As I stated in my 11 Dec 2006 letter, we have never received any First Supplemental Declaration of Margo L. Stevens or any of the "exhibits" referenced below. The only things received from your office after the 22 Nov 2006 production were Mr. Howard's direct delivery of Bivins documents on 7 Dec 2006 with a privilege log and the Second Supplemental Declaration (attached) -- received late last Friday (8 Dec 2006) -- which prompted my 11 Dec 2006 letter in the first place. Thus, you should be advised that the materials referenced below are unknown to us. We did receive as "Exhibit E," the privilege log for the 22 Nov 2006 production, which did not include any statement from Ms. Stevens. I also note that the document attached hereto, in contrast to other such documents received from your office, is not designated as an "exhibit."

Eric C. Olson
(801) 321-4818

-----Original Message-----
From: Spriggs, Jennifer D. (TAX) [mailto:Jennifer.D.Spriggs@usdoj.gov]
Sent: Monday, December 11, 2006 8:35 AM
To: Eric Olson
Subject: RE: Letter to J. Spriggs

Defendant's Second Supplemental Response to Plaintiff's First Request for Production of Documents was served on December 6, 2006 and it referenced and attached the First

Supplemental Declaration of Margo L.
Stevens which was marked as Exhibit H. The December 6 submission had three exhibits, Exhibit F, G and H.

-----Original Message-----
From: Eric Olson [mailto:eolson@kmclaw.com]
Sent: Monday, December 11, 2006 10:16 AM
To: Spriggs, Jennifer D. (TAX)
Cc: Mather, Judith; Hines, J. Michael; Ken Birrell
Subject: Letter to J. Spriggs

Jennifer-

For your information, please see the attached letter.

Also, please provide word perfect or hard copies of the discovery responses to Judy Mather. She will be in touch with you to arrange for delivery or retrieval of these materials this a.m.

Eric C. Olson
(801) 321-4818
<<ECO ltr to Spriggs re dmc 12-11-05.pdf>>

KIRTON & McCONKIE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ERIC C. OLSON
E-MAIL: eolson@kmclaw.com

1800 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
P.O. BOX 45120
SALT LAKE CITY, UTAH 84145-0120
www.kmclaw.com

FAX (801) 321-4893
TELEPHONE (801) 328-3600

December 11, 2006

Jennifer Dover Spriggs, Esq.
Trial Attorney
Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

RE: *Deseret Management Corporation v. United States*
Fed. Cl. No. 06-86 T

Dear Jennifer:

The fax sent from your office on Friday, December 8, 2006, at 5:51 p.m., forwarding the Second Supplemental Declaration of Margo L. Stevens references a First Supplemental Declaration dated December 5, 2006. You have never served us with a copy of any First Supplemental Declaration and we have no knowledge of such a document. Rather, the Supplemental Response to Production of Documents dated November 22, 2006, and accompanying privilege log marked Exhibit E did not include any declaration from Ms. Stevens or anyone else. Unlike the logs accompanying the Second Supplemental Production and the original production, the log sent on November 22, 2006, with the Supplemental Response commenced immediately at page 1 with a list of documents and without the five to seven pages of prefatory statements from Ms. Stevens.

Sincerely,

KIRTON & McCONKIE

s/Eric C. Olson

ECO:bb