# Exhibit L

## Category 1 Documents –

## Executive (Deliberative Process) Privilege Only

DMC challenges the Government's claim of executive privilege for each of the following 197 documents.

| | | | |
|---|---|---|---|
| Bates No. | 1 | Bates Nos. | 135-136 |
| Bates Nos. | 2-16 | Bates No. | 137 |
| Bates No. | 17 | Bates No. | 138 |
| Bates No. | 18 | Bates Nos. | 139-143 |
| Bates No. | 19 | Bates Nos. | 144-145 |
| Bates Nos. | 21-77 | Bates No. | 147 |
| Bates No. | 96 | Bates Nos. | 148-152 |
| Bates Nos. | 97-99 | Bates No. | 153 |
| Bates Nos. | 101-102 | Bates Nos. | 154-156 |
| Bates No. | 103 | Bates No. | 157 |
| Bates Nos. | 105-106 | Bates No. | 158 |
| Bates No. | 107 | Bates No. | 160 |
| Bates Nos. | 109-111 | Bates Nos. | 161-162 |
| Bates No. | 112 | Bates Nos. | 166-169 |
| Bates Nos. | 113-114 | Bates No. | 170 |
| Bates No. | 115 | Bates Nos. | 171-172 |
| Bates No. | 116 | Bates No. | 174-178 |
| Bates No. | 125 | Bates No. | 180-0184 |
| Bates No. | 126 | Bates No. | 185 |
| Bates No. | 129 | Bates Nos. | 186-187 |
| Bates No. | 130 | Bates Nos. | 189-204 |
| Bates No. | 131 | Bates Nos. | 206-221 |
| Bates Nos. | 132-133 | Bates Nos. | 223-238 |
| Bates No. | 134 | Bates No. | 239 |

| | | | |
|---|---|---|---|
| Bates Nos. | 240-254 | Bates Nos. | 375-376 |
| Bates No. | 255 | Bates Nos. | 377-378 |
| Bates Nos. | 256-257 | Bates No. | 379 |
| Bates No. | 258 | Bates No. | 380 |
| Bates Nos. | 259-260 | Bates No. | 381 |
| Bates Nos. | 261-263 | Bates Nos. | 382-383 |
| Bates Nos. | 264-266 | Bates No. | 384 |
| Bates Nos. | 267-270 | Bates No. | 385 |
| Bates Nos. | 271-273 | Bates Nos. | 388-389 |
| Bates Nos. | 274-277 | Bates No. | 390 |
| Bates Nos. | 278-279 | Bates No. | 409 |
| Bates Nos. | 285-286 | Bates No. | 410 |
| Bates Nos. | 287-289 | Bates No. | 411 |
| Bates No. | 291 | Bates Nos. | 413-414 |
| Bates No. | 292 | Bates No. | 417-418 |
| Bates No. | 293 | Bates No. | 419-420 |
| Bates Nos. | 294-295 | Bates No. | 424 |
| Bates Nos. | 296-297 | Bates Nos. | 428-429 |
| Bates No. | 298 | Bates Nos. | 430-431 |
| Bates Nos. | 299-300 | Bates No. | 437 |
| Bates Nos. | 301-302 | Bates No. | 438-439 |
| Bates Nos. | 304-305 | Bates Nos. | 440-441 |
| Bates Nos. | 306-307 | Bates No. | 442 |
| Bates Nos. | 308-309 | Bates No. | 443 |
| Bates No. | 310 | Bates No. | 444 |
| Bates No. | 335 | Bates Nos. | 445-446 |
| Bates Nos. | 349-350 | Bates Nos. | 447-448 |
| Bates Nos. | 351-356 | Bates Nos. | 449-450 |
| Bates Nos. | 358-359 | Bates Nos. | 451-452 |
| Bates No. | 366 | Bates Nos. | 460-464 |
| Bates No. | 372 | Bates Nos. | 467-482 |

| | |
|---|---|
| Bates No. | 483-484 |
| Bates No. | 486-502 |
| Bates Nos. | 508 |
| Bates Nos. | 510-511 |
| Bates Nos. | SUPP36a-36r |
| Bates Nos. | SUPP37-40 |
| Bates Nos. | SUPP14-16 |
| Bates Nos. | SUPP41-44 |
| Bates Nos. | SUPP45-49 |
| Bates Nos. | SUPP50-53 |
| Bates Nos. | SUPP54-57 |
| Bates Nos. | SUPP58-59 |
| Bates Nos. | SUPP60-61 |
| Bates Nos. | SUPP90-91 |
| Bates Nos. | SUPP97-101 |
| Bates No. | SUPP127 |
| Bates No. | SUPP131 |
| Bates Nos. | SUPP132-133 |
| Bates No. | SUPP145 |
| Bates Nos. | SUPP146-147 |
| Bates Nos. | SUPP224-226 |
| Bates Nos. | SUPP278-281 |
| Bates Nos. | SUPP282-289 |
| Bates No. | SUPP1409 |
| Bates Nos. | SUPP1431-1446 |
| Bates Nos. | SUPP1462-1486 |
| Bates Nos. | SUPP1518-1539 |
| Bates No. | SUPP1548 |
| Bates No. | SUPP1685 [1][1] |
| Bates Nos. | SUPP1687-1688 |
| Bates Nos. | SUPP1690-1691 |
| Bates Nos. | SUPP1692-1698 |
| Bates Nos. | SUPP1709-1720 |
| Bates Nos. | SUPP1721-01723 |
| Bates No. | SUPP1724 |
| Bates Nos. | SUPP1725-1726 |
| Bates Nos. | SUPP1727-1745 |
| Bates Nos. | SUPP1746-1750 |
| Bates Nos. | SUPP1751-1755 |
| Bates No. | SUPP1756 |
| Bates Nos. | SUPP1757-1758 |
| Bates Nos. | SUPP1759-1761 |
| Bates No. | SUPP1762 |
| Bates No. | SUPP1763 |
| Bates Nos. | SUPP1764-1765 |
| Bates Nos. | SUPP1766-1767 |
| Bates No. | SUPP1768 |
| Bates Nos. | SUPP1769-1791 |
| Bates Nos. | SUPP1792-1829 |
| Bates Nos. | SUPP1830-1852 |
| Bates Nos. | SUPP1854-1858 |
| Bates Nos. | SUPP1859-1862 |
| Bates Nos. | SUPP1863-1975 |
| Bates Nos. | SUPP1976-1977 |
| Bates Nos. | SUPP1978-1980 |

[1] The Government's First Supplemental Log I contained two documents numbered Bates No. SUPP1685. Although the Government has subsequently produced the second of those documents so that the Government's First Supplemental Logs II and III only contain a single document number Bates No. SUPP1685, DMC will continue to refer to the first of those documents as Bates No. SUPP85 [1] to distinguish it from the document that was produced (Bates No. 1685 [2]).

Bates Nos. SUPP1981-2006
Bates Nos. SUPP2023-2030
Bates Nos. SUPP2031-2051
Bates Nos. SUPP2207-2471
Bates Nos. SUPP2472-2525
Bates Nos. SUPP2526-2640
Bates No. SUPP2641
Bates Nos. SUPP2642-2650
Bates Nos. SUPP2651-2654
Bates Nos. SUPP2655-2657
Bates Nos. 2SUPP1-6
Bates Nos. 2SUPP7-11
Bates Nos. 2SUPP12-33
Bates No. 2SUPP34
Bates No. 2SUPP35
Bates No. 2SUPP36
Bates Nos. 2SUPP37-39
Bates No. 2SUPP40
Bates Nos. 2SUPP41-44[2]
Bates Nos. 2SUPP45-50
Bates No. 2SUPP51
Bates No. 2SUPP52
Bates Nos. 2SUPP53-54
Bates Nos. 2SUPP55-63
Bates No. 2SUPP64
Bates Nos. 2SUPP65-69
Bates Nos. 2SUPP71-90
Bates Nos. 2SUPP91-112
Bates Nos. 2SUPP113-115
Bates Nos. 2SUPP116-124
Bates Nos. 2SUPP125-127
Bates Nos. 2SUPP130-201

[2] DMC does not challenge the Government's assertion of the personal privacy privilege for Mr. Careswell's home telephone number. It only challenges the Government's claim of executive privilege