# Exhibit M

## Category 2 Documents –

## Executive (Deliberative Process) and One or More Other Privileges

DMC challenges all of the Government's claims of privilege for each of the following 92 documents. The Government claims executive privilege for each of the documents, as well as attorney-client privilege for 41 of the documents, work product privilege for 26 of the documents and I.R.C. § 6103 for 52 of the documents.

| Document | | Privilege(s) Claimed (in Addition to Executive Privilege) |
|---|---|---|
| Bates No. | 100 | I.R.C. § 6103 |
| Bates No. | 104 | I.R.C. § 6103 |
| Bates No. | 290 | I.R.C. § 6103 |
| Bates Nos. | 311-313 | I.R.C. § 6103 |
| Bates Nos. | 314-316 | I.R.C. § 6103 |
| Bates Nos. | 317-319 | I.R.C. § 6103 |
| Bates Nos. | 320-322 | I.R.C. § 6103 |
| Bates Nos. | 323-326 | I.R.C. § 6103 |
| Bates Nos. | 327-330 | I.R.C. § 6103 |
| Bates Nos. | 331-333 | I.R.C. § 6103 |
| Bates Nos. | 336-338 | I.R.C. § 6103 |
| Bates Nos. | 339-343 | I.R.C. § 6103 |
| Bates Nos. | 344-348 | I.R.C. § 6103 |
| Bates Nos. | 360-365 | I.R.C. § 6103 |
| Bates Nos. | 367-371 | I.R.C. § 6103 |
| Bates No. | 393 | I.R.C. § 6103 |
| Bates No. | 394 | I.R.C. § 6103 |
| Bates Nos. | 395-396 | I.R.C. § 6103 |
| Bates Nos. | 397-398 | I.R.C. § 6103 |
| Bates Nos. | 399-400 | I.R.C. § 6103 |
| Bates Nos. | 401-402 | I.R.C. § 6103 |

| | | |
|---|---|---|
| Bates Nos. | 403-405 | I.R.C. § 6103 |
| Bates Nos. | 406-408 | I.R.C. § 6103 |
| Bates No. | 412 | I.R.C. § 6103 |
| Bates Nos. | 421-423 | I.R.C. § 6103 |
| Bates Nos. | 425 | I.R.C. § 6103 |
| Bates Nos. | SUPP1-2 | I.R.C. § 6103 |
| Bates No. | SUPP3 | Attorney-Client, I.R.C. § 6103 |
| Bates No. | SUPP4 | Attorney-Client, I.R.C. § 6103 |
| Bates No. | SUPP5 | I.R.C. § 6103 |
| Bates Nos. | SUPP6-9 | Attorney-Client |
| Bates Nos. | SUPP10-12 | Attorney-Client |
| Bates No. | SUPP17 | Attorney-Client |
| Bates Nos. | SUPP18-18a | Attorney-Client, Work Product |
| Bates Nos. | SUPP19-35 | Attorney-Client, Work Product |
| Bates Nos. | SUPP62-67 | Work Product |
| Bates Nos. | SUPP68-84 | Attorney-Client, Work Product |
| Bates Nos. | SUPP92-96 | Attorney-Client |
| Bates No. | SUPP103 | Attorney-Client |
| Bates No. | SUPP104 | Attorney-Client |
| Bates Nos. | SUPP105-106 | Attorney-Client |
| Bates Nos. | SUPP107-108 | Attorney-Client |
| Bates No. | SUPP109 | Attorney-Client |
| Bates Nos. | SUPP110-114 | Attorney-Client, Work Product, I.R.C. § 6103 |
| Bates No. | SUPP116 | Attorney-Client, I.R.C. § 6103 |
| Bates No. | SUPP119 | Attorney-Client, Work Product |
| Bates No. | SUPP120 | Attorney-Client, Work Product |
| Bates Nos. | SUPP121-123 | Attorney-Client |
| Bates No. | SUPP124 | Attorney-Client, Work Product |
| Bates No. | SUPP125 | Attorney-Client, Work Product |
| Bates No. | SUPP126 | Attorney-Client, Work Product |
| Bates No. | SUPP128-129 | I.R.C. § 6103 |

| | | |
|---|---|---|
| Bates No. | SUPP130 | Attorney-Client |
| Bates Nos. | SUPP134-139 | Attorney-Client, Work Product |
| Bates Nos. | SUPP140-142 | Attorney-Client |
| Bates Nos. | SUPP143-144 | Attorney-Client, Work Product |
| Bates No. | SUPP223 | I.R.C. § 6103 |
| Bates Nos. | SUPP228-230 | Attorney-Client, Work Product |
| Bates Nos. | SUPP231-244 | I.R.C. § 6103 |
| Bates Nos. | SUPP245-256 | I.R.C. § 6103 |
| Bates Nos. | SUPP257-259 | I.R.C. § 6103 |
| Bates No. | SUPP260 | I.R.C. § 6103 |
| Bates No. | SUPP261 | I.R.C. § 6103 |
| Bates No. | SUPP264 | I.R.C. § 6103 |
| Bates Nos. | SUPP265-274 | Attorney-Client, Work Product, I.R.C. § 6103 |
| Bates No. | SUPP275 | I.R.C. § 6103 |
| Bates No. | SUPP276 | I.R.C. § 6103 |
| Bates Nos. | SUPP290-291 | Attorney-Client |
| Bates Nos. | SUPP1447-1461 | Attorney-Client, Work Product |
| Bates Nos. | SUPP1541-1543 | Attorney-Client, Work Product |
| Bates Nos. | SUPP1544-1545 | Attorney-Client, Work Product |
| Bates Nos. | SUPP1546-1547 | Work Product |
| Bates Nos. | SUPP1549-1576 | Work Product |
| Bates No. | SUPP1577 | Attorney-Client |
| Bates Nos. | SUPP1578-1606 | Work Product |
| Bates Nos. | SUPP1607-1635 | Attorney-Client, Work Product |
| Bates Nos. | SUPP1636-1637 | I.R.C. § 6103 |
| Bates Nos. | SUPP1638-1666 | Work Product, I.R.C. § 6103 |
| Bates No. | SUPP1667 | Work Product, I.R.C. § 6103 |
| Bates No. | SUPP 1668 | Work Product, I.R.C. § 6103 |
| Bates No. | SUPP 1669 | Work Product, I.R.C. § 6103 |
| Bates No. | SUPP 1670 | Work Product, I.R.C. § 6103 |
| Bates Nos. | SUPP1671-1672 | Work Product |

| | | |
|---|---|---|
| Bates No. | SUPP 1673 | Work Product, I.R.C. § 6103 |
| Bates No. | SUPP 1674 | Attorney-Client, Work Product, I.R.C. § 6103 |
| Bates Nos. | SUPP 1677-1678 | Attorney-Client, Work Product |
| Bates No. | SUPP 1680 | Attorney-Client |
| Bates Nos. | SUPP 1681-1682 | Attorney-Client |
| Bates Nos. | SUPP 1683-1684 | Attorney-Client |
| Bates No. | SUPP1689 | Attorney-Client |
| Bates No. | SUPP 1699 | I.R.C. § 6103 |
| Bates No. | SUPP1853 | Attorney-Client |