# Exhibit N

## Category 3 Documents –

## Only One or More Privileges Other Than Executive (Deliberative Process) Privilege

DMC challenges all of the Government's claims of privilege for each of the following 38 documents. The Government claims attorney-client privilege for 8 of the documents, work product privilege for 1 of the documents, and I.R.C. § 6103 for 30 of the documents.

| Document | | Privilege(s) Claimed |
|---|---|---|
| Bates Nos. | 426-427 | I.R.C. § 6103 |
| Bates No. | SUPP13 | Attorney-Client |
| Bates Nos. | SUPP85-86 | Attorney-Client |
| Bates Nos. | SUPP87-88 | Attorney-Client, Work Product |
| Bates No. | SUPP89 | I.R.C. § 6103 |
| Bates No. | SUPP102 | Attorney-Client |
| Bates No. | SUPP115 | Attorney-Client |
| Bates No. | SUPP117 | Attorney-Client |
| Bates No. | SUPP118 | Attorney-Client |
| Bates No. | SUPP148 | I.R.C. § 6103 |
| Bates Nos. | SUPP293-394 | I.R.C. § 6103 |
| Bates Nos. | SUPP395-512 | I.R.C. § 6103 |
| Bates Nos. | SUPP513-690 | I.R.C. § 6103 |
| Bates Nos. | SUPP692-721 | I.R.C. § 6103 |
| Bates Nos. | SUPP722-843 | I.R.C. § 6103 |
| Bates Nos. | SUPP844-914 | I.R.C. § 6103 |
| Bates Nos. | SUPP915-1101 | I.R.C. § 6103 |
| Bates Nos. | SUPP1102-1103 | I.R.C. § 6103 |
| Bates Nos. | SUPP1104-1192 | I.R.C. § 6103 |
| Bates Nos. | SUPP1193-1226 | I.R.C. § 6103 |
| Bates Nos. | SUPP1227-1240 | I.R.C. § 6103 |
| Bates Nos. | SUPP1241-1305 | I.R.C. § 6103 |

| | | |
|---|---|---|
| Bates Nos. | SUPP1306-1325 | I.R.C. § 6103 |
| Bates Nos. | SUPP1326-1404 | I.R.C. § 6103 |
| Bates Nos. | SUPP1405-1408 | I.R.C. § 6103 |
| Bates No. | SUPP1679 | Attorney-Client |
| Bates Nos. | 2SUPP202-254 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP255-354 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP355-383 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP384-418 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP419-534 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP535-599 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP600-601 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP602-621 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP622-812 | I.R.C. § 6103 |
| Bates No. | 2SUPP813 | I.R.C. § 6103 |
| Bates No. | 2SUPP814 | I.R.C. § 6103 |
| Bates Nos. | 2SUPP815-1719 | I.R.C. § 6103 |