# Exhibit O

## Privilege Claims Unchallenged

DMC does not challenge the Government's privilege claims with respect to each of the following 6 documents.

| | |
|---|---|
| Bates No. | SUPP49 |
| Bates Nos. | SUPP1677-1678 |
| Bates Nos. | SUPP1700-1702 |
| Bates Nos. | SUPP1703-1708 |
| Bates No. | 2SUPP128 |
| Bates No. | 2SUPP129 |