# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: December 21, 2006)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Plaintiff has electronically filed its Motion to Compel Production of Certain Documents Claimed as Privileged and Request for In Camera Inspection By the Court (motion). Because the motion, including its nineteen exhibits, exceeds fifty pages, plaintiff shall, in accordance with United States Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of the document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge