# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: December 28, 2006)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Plaintiff has electronically filed its Motion to Compel Sufficient Responses to Requests for Admissions and Interrogatories (motion). Because the motion, including its six exhibits, exceeds fifty pages, plaintiff shall, in accordance with United States Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of the document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge