# In the United States Court of Federal Claims

**06-86T**

**Filed: December 29, 2006**

**DESERET MANAGEMENT CORPORATION**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**Held inWashington, D.C.**
**December 12, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.