# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: January 19, 2007)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are plaintiff's Motion to Compel Production of Certain Documents Claimed as Privileged and Request for In Camera Inspection by the Court, plaintiff's Motion to Compel Sufficient Responses to Requests for Admissions and Interrogatories, defendant's Motion of the United States to Strike Plaintiff's Motions to Compel, and plaintiff's Opposition to Motion to Strike Plaintiff's Motions to Compel (collectively, "parties' motions"). On Friday, January 19, 2007, he court held a telephonic status conference with the parties to discuss the parties' motions.

Pursuant to that status conference, the parties' motions are MOOT. On or before Friday, January 26, 2007, defendant shall provide to plaintiff a cover memo that responds to plaintiff's letter to defendant dated January 12, 2007 (letter), describing defendant's production to plaintiff of documents described in the letter. On or before Wednesday, January 31, 2007, plaintiff shall re-file its request for relief in the form of a motion to compel or otherwise. Defendant shall respond to plaintiff's motion on or before Friday, February 2, 2007. On Monday, February 5, 2007 at 11:00 a.m. EST, the court shall hear the parties' arguments on these briefings.

Additionally, the pre-trial schedule that was set forth originally in the court's order dated October 24, 2006 shall be SUPERCEDED by the following:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Wednesday, February 28, 2007. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Wednesday, July 25, 2007. Plaintiff's and defendant's expert reports shall be submitted on or before Wednesday, April 25, 2007. Depositions of expert witnesses shall be completed on or before Wednesday, May 23, 2007. Plaintiff's and defendant's rebuttal expert reports shall be submitted on or before Wednesday, June 20, 2007. Depositions of rebuttal expert witnesses shall be completed on or before Wednesday, July 25, 2007.

3. Post-Discovery Conference. The parties shall contact the court on or before Wednesday, July 25, 2007 to schedule a post-discovery conference.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge