**U.S. Department of Justice**
**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: W. C. Rapp*
*Attorney's Direct Line: (202) 307-0503*

EJO'C:DG:SIE:WCRapp
154-2425
CMN 2006102128

January 26, 2007

**VIA FAX - Hard Copy to Follow**
(801) 321-4893

Eric C. Olson, Esquire
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

Re: Deseret Management Corporation v. United States
Fed. Cl. No. 06-86 T

Dear Mr. Olson:

In order to resolve certain discovery disputes that have arisen, this is to advise you that the Government will not rely upon the Coordinated Issue Paper dated May 27, 2005, nor will it take the position in this action that any particular method for determining the fair market value for federal income tax purposes of an FCC license or any other asset of a television station is required, or is impermissible or prohibited as a matter of law.

Sincerely yours,

EILEEN J. O'CONNOR
Assistant Attorney General
Tax Division

By:

DAVID GUSTAFSON
Chief, Court of Federal Claims Section