**The Government's Production of Documents in This Action**

3. To date, the Government has produced documents to DMC as follows:

| Response to: | Date: | Bates Numbers: |
|---|---|---|
| Initial Disclosures | September 15, 2006 | 1-538 |
| Request for review Administrative File | October 30, 2006 | 539-1068 |
| First Request (initial production) | November 15, 2006 | 1069-6367 |
| First Request (second production) | November 22, 2006 | PROD1-607<br>SUPP68-2655 |
| First Request (miscellaneous follow-up) | December 6, 2006<br>Rec'd: December 15, 2006 | various numbers (300 pages) |
| First Request (Bivins) | December 7, 2006 | 2PROD1-3475<br>2SUPP1-1719 |

[**Note**: The Bates numbers listed for the productions of November 15, 2006, November 22, 2006, and December 7, 2006, include numerous pages withheld as part of the claims of privilege at issue in this motion. Thus, the total documents actually produced to DMC, to date, fall well short of the 10,000 plus pages stamped.]

**Privilege Logs Tendered by the Government**

4. The Government served DMC with the following privilege logs, covering over 370 items and several thousand pages:

**Initial Logs**

a. **Privilege Log** Dated: Nov. 15, 2006 141 items[1] Exhibit A

[1] The Initial Log actually identifies 144 documents. However, the Government does not claim any privilege with respect to three of those documents – Bates No. 108, 179, and 415-416 – and does not provide any reason for why such documents have not been produced. Therefore, DMC does not include those three documents

Privileges claimed: Executive – 140 items (only exception: Bates Nos. 426-27)
Section 6103 – 26 items

b. **First Supplemental Log I** Dated: Nov. 22, 2006 75 items[2] Exhibit B

Privileges claimed: Executive (majority), Attorney-Client, Work Product
Section 6103, "Personal"

c. **Second Supplemental Log I** Dated: Dec. 7, 2006 37 items[3] Exhibit C

Privileges claimed: Executive (22), Section 6103 (11), "Personal" (2)

**Additional Versions of Privilege Logs**

d. **Second Supplemental Log II** Dated: Dec. 8, 2006 24 items[4] Exhibit D

e. **Second Supplemental Log III** Dated: Dec. 8, 2006 37 items[5] Exhibit E

f. **First Supplemental Log II** Dated: Dec. 6, 2006[6] 141 items[7] Exhibit F

g. **First Supplemental Log III** Dated: Dec. 6, 2006 141 items Exhibit G

---

within the class of documents for which the Government has claimed a privilege and requests that the Court order the Government to produce such documents to DMC.

[2] The Government has subsequently produced the 15 documents identified in the First Supplemental Log I for which the Government does not claim any privilege.

[3] The Government has produced the one document identified in the Second Supplemental Log I for which the Government does not claim any privilege.

[4] The Second Supplemental Log II is a variation on the Second Supplemental Log I but does not include 12 documents withheld solely on the basis of I.R.C. § 6103, nor does it include two documents withheld solely on the basis of the personal privacy privilege. This log and the Second Supplemental Log III were telecopied to DMC's counsel on December 8, 2006.

[5] This log includes all items from the Second Supplemental Log I but adopts with only minor changes the descriptions of those documents contained in Second Supplemental Log II.

[6] Although dated December 6, 2006, this log is listed subsequent to the two additional versions of the Second Supplement Log because it was not received by DMC's counsel until December 15, 2006, nine days after mailing. *See* Exhibit H. Timely delivery of discovery mailed by the Government from counsel's Washington, D.C., office to the office of DMC's counsel in Salt Lake City, Utah has become a worrisome challenge to the forward movement of this action as seen by the eleven (11) day delay in delivery of the Government's responses to DMC's request for admissions and first set of interrogatories. *See* Exhibit I. Exhibit J documents counsels' exchange of correspondence on this topic.

[7] First Supplemental Logs II and III provide substantially different descriptions of most of the documents listed in such Logs (as compared both to the First Supplemental Log I and to each other), and for more than 30 of the documents, they contain changes in the privileges claimed (in some cases claiming additional privileges, and in other cases no longer claiming certain privileges).

**Declarations Asserting the Executive Privilege**

5. The Initial Log included a declaration by Margo L. Stevens, the person to whom the Commissioner of Internal Revenue has delegated the authority to claim executive privilege on behalf of the Internal Revenue Service (the "IRS"). In that declaration, Ms. Stevens asserted the executive privilege as to certain of the documents listed in the Initial Log.

6. First Supplemental Log I, as served on November 22, 2006, did not include any declaration from Ms. Stevens or other person authorized to claim privileges on behalf of the IRS. The Government attempted to remedy this with a declaration of Ms. Stevens, signed on December 5, 2006, and mailed on December 6, 2006, with respect to the documents listed in the First Supplemental Log. (This was the document received by DMC's counsel on December 15, 2006, nine days after to mailing.)

7. Second Supplemental Log I, as served on December 7, 2006, did not include any declaration from Ms. Stevens or other person authorized to claim privileges on behalf of the IRS. However, this production by hand-delivery was a courtesy to DMC's counsel by local counsel for the IRS in advance of the official response by trial counsel the following day. That official response, Second Supplemental Log II, did include Ms. Stevens' declaration. *See* Exhibit D.