BONNEVILLE
INTERNATIONAL
CORPORATION

Broadcast House
55 North Third West
P.O. Box 1160
Salt Lake City, Utah 84110-1160
Phone (801) 575-7500

January 27, 1995

Ms. Vicky Teherani
Corporate Treasurer
A.H. Belo Corporation
400 South Record Street Suite 1700
Dallas, Texas 75202

**Via Fax: (214) 977-6818**

Dear Ms. Teherani:

Following are the wiring instructions and payments that must be made pursuant to the Stock Sale Agreement between KIRO, Inc. and A.H. Belo Corporation and the Asset Sale Agreement between Bonneville Holding Company and A.H. Belo Corporation.

**Bonneville International Corporation (for KIRO, Inc.)-**

| | | |
|---|---|---|
| Bank: | Zions First National Bank | |
| ABA Number: | 124000054 | |
| Account Name: | Bonneville International Corporation | |
| Account Number: | 002-11168-0 | |
| Instructions: | Contact Alvin Cottrell when received at (801) 575-7563 | |
| Amount: | $52,729,929 | Sale of Stock to Belo |
| | (287,383) | Settlement Due Belo |
| | $52,442,546 | Net amount due Bonneville |

**Bonneville Holding Company -**

| | |
|---|---|
| Bank: | Zions First National Bank |
| ABA Number: | 124000054 |
| Account Name: | Bonneville Holding Company |
| Account Number: | 01-20018-7 |
| Instructions: | Contact Ernie Kuhn when received at (801) 240-5869 |
| Amount: | $109,770,071 |

Please call me at (801) 575-7562 if you have any questions.

Sincerely,

Roland Radack

Roland Radack
Corporate Treasurer

KBIG-FM
Los Angeles

KIDR-AM
KPSN-FM
Phoenix

KIRO-TV
KIRO-AM
KIRO-FM
Seattle

KMBZ-AM
KLTH-FM
KCMO-AM
KCMO-FM
Kansas City

KOIT-AM
KOIT-FM
San Francisco

KSL-TV
KSL-AM
Salt Lake City

KZPS-FM
Dallas

WMXV-FM
New York

WTMX-FM
Chicago

Bonneville
Communications
Salt Lake City

Bonneville
Entertainment
Salt Lake City

Bonneville LDS
Radio Network
Salt Lake City

Bonneville
Satellite
Salt Lake City

Bonneville
News Bureau
Washington, D.C.

Third Avenue
Productions
Seattle

Video West Productions
Salt Lake City

# KIRO, INC.
## SCHEDULE OF SETTLEMENT, ADJUSTMENTS & ALLOCATIONS
(Pursuant to agreement for Sale/Purchase of KIRO TV, 3rd Ave. & KIRO Direct)
January 31, 1995

| ITEM | | Allocation Formulas | --Settlements-- Due to Belo | Due From Belo |
|---|---|---|---|---|
| 1. | Real Estate Excise Tax | Cost allocated 60% to Belo & 40% to KIRO, Inc. Based upon Washington State Dept. of Revenue–Tax form (#84–0001B) prepared by Preston, Gates & Ellis Attorneys to be filed and paid by KIRO, Inc. (Total Tax = $231,936.21) – P10.7F | | 139,161.73 |
| 2. | Additional Extended Coverage Title Insurance | Paid by KIRO, Inc. to be borne by Belo per P10.5 | | 4,303.11 |
| 3. | Hart Scott Rodino Filing Fees | Paid by Belo. To be allocated 50% to Belo and 50% to KIRO, Inc. per P10.5 | 22,500.00 | |
| 4. | Preston, Gates & Ellis "TAT" formulation | Paid by KIRO, Inc. to be allocated 50% to Belo and 50% to KIRO, Inc. up to maximum of $12,500.00 to Belo | | 12,500.00 |
| 5. | Trade Account Adjustment | To be aired/used by Belo per P1.6a based upon list of accounts remaining to be used and accounts to be aired at 12/31/94 (see attached list). To be revised for unrecorded airings, usage and vendor enforced expirations to 1/31/95 during the 90 day adjustment term following close. | | 88,363.51 |
| 6. | Vacation Credit | To be paid by Belo: Includes vacation hours and dollar accruals for KIRO, Inc. employees transferring to Belo at January 31, 1995 up to and including 1 year's vacation earnings. P1.6B and 10.6C. Balances based on 1/7/95 accruals to be updated within 90 day period following close for actualization of employee lists and accruals/use through January 31, 1995 | 549,636.75 | |
| 7. | Lee Stowell Contract | 1995 Servcies paid by KIRO, Inc. 60% KIRO TV portion of $44,100 prorated for 11 months of 1995. | | 40,425.00 |
| | Totals | | 572,136.75 | 284,753.35 |
| | **Net Due Belo** | | 287,383.40 | |