**Eric Olson**

**From:** Eric Olson
**Sent:** Thursday, January 18, 2007 3:37 PM
**To:** Rapp, William C. (TAX)
**Cc:** Hines, J. Michael; Mather, Judith; Ken Birrell
**Subject:** RE: Deseret Management Corp. v. United States

Bill-

DMC would be willing to stipulate to the following language:

"The plaintiff Deseret Management Corporation and the defendant United States of America, to resolve discovery disputes that have arisen in this action, hereby stipulate that neither party or its experts will rely upon or utilize the Coordinated Issue Paper dated May 27, 2005, nor will either party or its experts take the position in this action that any particular method for determining the fair market value for federal income tax purposes of an FCC license or any other asset of a television station is required, or is impermissible or prohibited as a matter of law."

Please let me know when you have a response from the Service.

**Eric C. Olson**
**(801) 321-4818**

---

**From:** Rapp, William C. (TAX) [mailto:William.C.Rapp2@usdoj.gov]
**Sent:** Friday, January 12, 2007 1:22 PM
**To:** Eric Olson
**Subject:** Deseret Management Corp. v. United States

Here is our current thinking on the language for a stipulation respecting the CIP. Your original language is in black, what we would delete is in green, and what we would add is in red:

The plaintiff Deseret Management Corporation and the defendant United States of America, to resolve discovery disputes that have arisen in this action, hereby stipulate that neither party will ~~mention~~ rely upon the Coordinated Issue Paper dated May 27, 2005, nor will either party take the position in this action that any particular method for determining the fair market value for federal income tax purposes of an FCC license or any other asset of a television station is required, or is impermissible or prohibited as a matter of law.

The "as a matter of law" language seems important, since we would expect that the entire trial will be about little other than what (as a matter of fact) is the better or best method of valuation, and what methods (or what implementations of what methods) are impermissible, improper, inadequate or at least wrong. But all as a matter of fact.

**W. C. Rapp**
**USDOJ - Tax**
**Court of Federal Claims Section**
**202-307-0503**