# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: February 6, 2007)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are plaintiff's Renewed Motion to Compel (Pl.'s Mot. or motion) and defendant's Response of the United States to Plaintiff's Renewed Motion to Compel Discovery (response). The court held a telephonic oral argument on the motion on February 5, 2007.

Pursuant to that oral argument, plaintiff's motion is GRANTED-IN-PART as described in this order and otherwise DENIED. The court grants plaintiff's request to conduct an in camera review of documents that defendant claims are privileged under attorney-client privilege, deliberative process privilege, and/or the attorney-work product doctrine. During the oral argument, plaintiff withdrew its request for documents that defendant claims are privileged under section 6103 of the Internal Revenue Code. The court finds that that request is now MOOT.

On or before Friday, February 16, 2007, defendant shall cause to be delivered to the chambers of Judge Hewitt, unfiled, two sets of the documents sought by plaintiff's motion that then remain unproduced with the exception of those documents privileged by section 6103 of the Internal Revenue Code. Each document in each set shall be clearly marked with the document number and shall be arranged in the order discussed in defendant's privilege logs.

Plaintiff also argues in its motion that defendant's responses to plaintiff's interrogatories are deficient in certain respects. See Pl.'s Mot. 8-10. On or before Friday, February 16, 2007, defendant shall deliver to plaintiff revisions of its answers to plaintiff's interrogatories that conform to its supplemental responses to plaintiff's request for admissions. The court does not make a determination at this time with regard to plaintiff's allegation that defendant has failed to provide answers to plaintiff's interrogatories signed "under oath." Each of the parties shall brief its arguments regarding that allegation and, in particular, the proper form of the oath contemplated by Rule 33(b)(1) of the Rules of the Court of Federal Claims, and file its brief with the court on or before Monday, February 12, 2007.

During the oral argument, defendant stated that plaintiff had not replied to defendant's interrogatories and had not produced all of the documents that defendant had requested. On or before Friday, February 16, 2007, plaintiff shall provide defendant with the documents that defendant has requested but not yet received. On or before Monday, February 12, 2007, plaintiff shall reply to defendant's interrogatories.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge