# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: February 14, 2007)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion of the United States for Leave to File Additional Response to Plaintiff's Renewed Motion to Compel Discovery (motion). The motion is GRANTED. Because the court will consider the representations in the motion, defendant does not need to re-file those representations in a separate document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge