**U.S. Department of Justice**
**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: W. C. Rapp*
*Attorney's Direct Line: (202) 307-0503*

EJO'C:DG:SIF:WCRapp
154-2425
CMN 2006102128

February 26, 2007

**VIA FAX - Hard Copy to Follow** - (801) 321-4893

Eric C. Olson, Esquire
Kirton & McConkie
60 East South Temple Street, Ste. 1800
Salt Lake City, Utah 84111

Re: Deseret Management Corporation v. United States
Fed. Cl. No. 06-86 T

Dear Mr. Olson:

In order to permit our experts to complete their work in a responsible manner, and to permit us to undertake additional discovery (and to resolve what we perceive to be deficiencies in your responses to our discovery), we will ask the Court that the current pretrial schedule be revised, as follows:

| | Present Schedule | Proposed Schedule |
|---|---|---|
| Fact Discovery Concludes | February 28, 2007 | June 27, 2007 |
| Expert Discovery Concludes | July 25, 2007 | November 28, 2007 |
| Expert Reports Exchanged | April 25, 2007 | August 29, 2007 |
| Expert Depositions Completed | May 23, 2007 | September 26, 2007 |
| Rebuttal Expert Reports | June 20, 2007 | October 24, 2007 |
| Rebuttal Expert Depositions | July 25, 2007 | November 28, 2007 |
| Contact Court re Conference | July 25, 2007 | November 28, 2007 |

We ask that you advise us, at the earliest possible time, if you wish to join us in requesting this schedule change via a joint motion. Alternatively, we ask, pursuant to Rule 6.1, whether we should state that plaintiff will file an opposition to our motion.

Sincerely yours,

EILEEN J. O'CONNOR
Assistant Attorney General
Tax Division

By: David Gustafson (sf)

DAVID GUSTAFSON
Chief, Court of Federal Claims Section