ERIC C. OLSON
E-MAIL: eolson@kmclaw.com

KIRTON & McCONKIE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1800 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
P.O. BOX 45120
SALT LAKE CITY, UTAH 84145-0120
www.kmclaw.com

FAX (801) 321-4893
TELEPHONE (801) 328-3600

February 26, 2007

**VIA FAX 202-514-9440 AND U.S. MAIL**

Eileen J. O'Connor, Esq.
Assistant Attorney General
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

RE: *Deseret Management Corporation v. United States*,
Fed. Cl. No. 06-86 T

Dear Ms. O'Connor:

I write in response to your letter of February 26, 2007, in which you advise me that the Government will seek a four-month extension of the revised deadlines for completion of fact and expert discovery. These deadlines were set on January 19, 2007, by Judge Emily C. Hewitt in consultation with counsel. Pursuant to the existing extended deadlines, fact discovery concludes in this action on February 28, 2007, two days from now.

While Deseret Management Corporation ("DMC") stipulated to the extensions granted on January 19, 2007, as an accommodation to the substitute attorney for the Department of Justice, Mr. Rapp (who had entered his appearance on January 8, 2007), DMC will not agree to any further extensions of time or any alteration of the current pretrial schedule.

Sincerely,

KIRTON & McCONKIE

Eric C. Olson

cc: David Gustafson, Esq.
Stephen I. Frahm, Esq.
W. C. Rapp, Esq.

0031/0011/953048/01