# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: March 14, 2007)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Motion of the United States to Amend the Pretrial Scheduling Order [entered by this court on February 25, 2007] (motion), plaintiff's Memorandum in Opposition to Defendant's Motion to Amend Pretrial Scheduling Order, and defendant's Reply for the United States in Support of Its Motion to Amend the Pretrial Scheduling Order. The court has considered the arguments of the parties and has concluded that the "just, speedy, and inexpensive determination of [the] action," Rules of the Court of Federal Claims (RCFC) 1, is more likely to be served by allowing the motion in part than by denying the motion because, among other reasons, affording defendant an opportunity to obtain expert assistance may well increase the possibility of settlement.

The court therefore GRANTS-IN-PART defendant's motion. The schedule contained in the court's order dated October 24, 2006 shall be SUPERSEDED by the following:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Wednesday, May 30, 2007. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Wednesday, October 31, 2007. Plaintiff's and defendant's expert reports shall be submitted on or before Wednesday, July 25, 2007. Depositions of expert witnesses shall be completed on or before Wednesday, August 29, 2007. Plaintiff's and defendant's rebuttal expert reports shall be submitted on or before Wednesday, September 26, 2007. Depositions of rebuttal expert witnesses shall be completed on or before Wednesday, October 31, 2007.

3. Post-Discovery Conference. The parties shall contact the court on or before Wednesday, October 31, 2007 to schedule a post-discovery conference.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge