# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: April 9, 2007)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion of the United States for Leave to File Response to the Order of March 29, 2007, and Response of the United States to the Order of March 29, 2007 (Motion for Leave to File), filed on April 5, 2007. Based on the representations contained therein, the Motion for Leave to File is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge