# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: April 12, 2007)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion of the United States for Leave to File Response to the Order of March 29, 2007, and Response of the United States to the Order of March 29, 2007 (motion). The court granted the portion of the motion that requested leave to file the response. Order of April 9, 2007 (Order I). The court has since reviewed the portion of the motion containing defendant's response to the court's order dated March 29, 2007 (Order II). The court believes that the outstanding issues regarding certain documents that the court had identified in sections III and IV in Order II are now clarified. If any further relief is required, the parties should make the appropriate motions. Absent any further request for relief, the court assumes that the issues surrounding plaintiff's request for documents for which defendant claimed various privileges are resolved.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge