**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DESERET MANAGEMENT CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 06-86 T** |
| **v.** | § | **The Honorable Emily C. Hewitt** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION**
**FOR SUSPENSION OF PROCEEDINGS**

The parties jointly move for all scheduled proceedings in the above-captioned case to be suspended, and for defendant to be ordered to submit a report on September 1, 2007, and every 60 days thereafter, respecting the status of settlement.

As good cause therefor, the parties state that by letter dated June 29, 2007, plaintiff submitted an offer in compromise of all of the issues raised by this case, the acceptance of which on behalf of the Attorney General would result in the filing of a stipulation for dismissal with prejudice. Defendant's trial attorney, and the Chief and Assistant Chief of the Court of Federal Claims Section will recommend that the offer be accepted.

Plaintiff's offer in compromise must be reviewed in accordance with the Government's usual procedures. See 28 C.F.R., Part 0, Subpart Y, Appendix (Directive No. 105). Because of the amount of the refund that would be generated by the proposed settlement, authority to accept

or reject it has been delegated by the Attorney General to the Assistant Attorney General of the Tax Division, and has not been redelegated by her to an inferior official. Action will only be taken by the Assistant Attorney General after the preparation and submission by defendant's trial attorney of a formal memorandum setting out his analysis. That memorandum will in turn be reviewed and endorsed or supplemented by the reviewing attorney (in this case, the Assistant Chief) and by the Chief of the Court of Federal Claims Section. Thereafter the offer will be referred to the Tax Division's Office of Review for analysis and recommendation, before being forwarded to the office of the Assistant Attorney General. In addition, the Department of Justice must solicit and receive the advice and recommendation of the Office of Chief Counsel, Internal Revenue Service. Pursuant to § 6405 of the Internal Revenue Code, the proposed settlement must also be referred to the Joint Committee on Taxation, which has 30 days to offer its views.

Counsel for the parties believe that the case will be settled, and that further proceedings leading to trial will be unnecessary. In the event that the offer in compromise is rejected, however, counsel propose that the current schedule automatically be reimposed, such that, for example, disclosure of expert witness reports (scheduled pursuant to paragraph 2 of the Order of March 14) will instead be required 26 days after plaintiff is notified, in writing, that the offer has been rejected, with subsequent deadlines to follow as appropriate.

Accordingly, the parties jointly request that the Court order that all proceedings, including those deadlines set out in the scheduling Order of March 14, 2007, be suspended, and that defendant be instructed to file a status report on September 1, 2007, and every 60 days thereafter.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

June 29, 2007

s/ Eric C. Olson

ERIC C. OLSON
Attorney of Record
*Kirton & McConkie*
*60 East South Temple*
*Suite 1800*
*Salt Lake City, Utah 84145-4893*
*Voice: (801) 328-3600*
*Fax: (801) 321-4893*
*Email: eolson@kmclaw.com*

Attorney for Plaintiff

June 29, 2007

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

June 29, 2007

s/ Steven I. Frahm

Of Counsel

Attorneys for Defendant