# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: July 11, 2007)

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Suspension of Proceedings (Motion). The motion states that plaintiff submitted an offer in compromise of all of the issues raised by the above-captioned case and that, if defendant were to accept the offer, the parties would file for stipulation of dismissal with prejudice. Motion 1. The motion also states that defendant must submit plaintiff's offer to be reviewed and approved by various officials within the government. Motion 1-2. Due to the time required by the government to review plaintiff's proposal, the parties jointly request that the court suspend all proceedings and that defendant be instructed to file a status report on September 1, 2007 and every 60 days thereafter. Motion 2.

Based on the representations therein, the parties' motion is GRANTED. All proceedings in the above-captioned case, including the deadlines set forth in the scheduling order filed on March 14, 2007, see Order of Mar. 14, 2007, are SUSPENDED. Defendant shall file a status report on or before September 1, 2007 and every 60 days thereafter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge