**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DESERET MANAGEMENT CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 06-86 T** |
| **v.** | § | **The Honorable Emily C. Hewitt** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**MOTION FOR LEAVE TO FILE STATUS REPORT 3 DAYS OUT OF TIME**

Defendant, the United States, respectfully moves the Court for leave to file out of time the attached status report.

As good cause therefor, defendant states as follows:

Pursuant to the Order of July 11, 2007, defendant was required to file a report respecting the status of the above-captioned case on or before December 31, 2007. Due to the failure of defendant's attorney properly to calendar this matter, we failed to do so. This lapse was the result of excusable neglect, and not of willful failure to observe the rules and orders of the Court.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

January 3, 2008

s/ Steven I. Frahm
Of Counsel