**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DESERET MANAGEMENT CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 06-86 T** |
| **v.** | § | **The Honorable Emily C. Hewitt** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## STATUS REPORT

Pursuant to the Order of July 11, 2007, defendant provides this report respecting the status of the above-captioned case.

By Order of July 11, 2007, proceedings in this case were suspended upon the representation to the Court that plaintiff had submitted an offer in compromise of all of the issues presented, the acceptance of which on behalf of the Attorney General would result in the filing of a stipulation of dismissal with prejudice. This offer is being reviewed in accordance with the Government's usual procedures. See 28 C.F.R., Part 0, Subpart Y, Appendix (Directive No. 105). Because of the amount of the refund that would be generated by the proposed settlement, authority to accept or reject it has been delegated by the Attorney General to the Assistant Attorney General of the Tax Division, and has not been redelegated to an inferior official. Action will only be taken by the Assistant Attorney General after the preparation and submission by defendant's trial attorney of a formal memorandum setting out his analysis. That

memorandum must in turn be reviewed and endorsed or supplemented by the reviewing attorney (in this case, the Assistant Chief) and by the Chief of the Court of Federal Claims Section. Thereafter the offer must be referred to the Tax Division's Office of Review for analysis and recommendation, before being forwarded to the office of the Assistant Attorney General. In addition, the Department of Justice must solicit and receive the advice and recommendation of the Office of Chief Counsel, Internal Revenue Service. Pursuant to § 6405 of the Internal Revenue Code, the proposed settlement must also be referred to the Joint Committee on Taxation, which has 30 days to offer its views.

Plaintiff's offer in compromise was submitted by letter dated July 3, 2007. By letter dated August 10, 2007, we received the recommendation and advice of the Office of Chief Counsel, Internal Revenue Service. Our trial attorney's memorandum, dated August 17, 2007, was endorsed by the Chief of the Court of Federal Claim Section on August 22, 2007, and the case was transferred to the Tax Division's Office of Review. Plaintiff's offer remains under consideration by the Office of Review. On October 25, we asked that plaintiff provide us with computations of the amount which would be due to plaintiff if the pending offer were to be accepted on behalf of the Attorney General.

Since the status report filed October 31, 2007, we have received from plaintiff various computations in response to our request, which are being reviewed by the Government. In addition, since our last report, the attorney in the Office of Review responsible for this case has conferred and consulted both with our trial attorney and with others responsible for advising defendant's attorneys with respect to this case.

Pursuant to the Order of July 11, we will report again on March 1, 2008.

Respectfully submitted,

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

January 3, 2008

s/ Steven I. Frahm
Of Counsel