# In the United States Court of Federal Claims

No. 06-86 T
(E-Filed: January 4, 2008)

| | |
|---|---|
| DESERET MANAGEMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for Leave to File status Report 3 Days Out of Time (motion). Based on the representations contained in the motion, the motion is GRANTED. The parties shall continue to file status reports in accordance with the court's order of July 11, 2007. See Order of July 11, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge